**11/07/2003 01:25 PM 15ECA_344**



# VERMONT MUTUAL GROUP
## AUTOMATED DWELLING FIRE APPLICATION

Check one VERMONT MUTUAL INSURANCE CO. ✓     CANCELS OR
NORTHERN SECURITY INS. CO.     RENEWS NO. _____
GRANITE MUTUAL INS. CO.

INSURED'S NAME _93A Hillside street Nominee Trust_     _Mary E. & Frank petit_
First Name            Middle Initial            Last Name

APPLICANT ADDRESS _1607 Casey Key Drive    Punta Gorda, Fl. 33950._
Street Address        PO Box        CityState        Zip Code

EFFECTIVE DATE _11-14-03_

BILLED BY COMPANY __✓__     If Billed by Company to Whom:

AGENCY _____     (INSURED)     MORTGAGEE     AGENCY     OTHER

The described location to be covered is located at the above address, unless otherwise stated herein.
PREMISE LOCATION _93 A Hillside st.    Boston    Mass.    02120_
Street Address        PO Box        City        State        Zip Code

**COVERAGES:**

| COV.A | COV.B* (DESCRIBE) | COV.C | COV.D (RENTS) | COV.E (ADD LIVING EXP) | COV.L | COV.M |
|-------|-------------------|-------|---------------|------------------------|-------|-------|
| 500 000 | | | 23000 | | 1 Mill m | 5000 |

CHECK FORM DESIRED:    DP-1    DP-2    (DP-3)

| Ded Req _1000_ | Year Built _1920_ | Ft. fr Hydrant _500_ | Miles fr Fire Dept. _1/2_ | Responding Fire Dept _mission hill_ | Prot. Class _2_ | Prem. Group ___ |

No. Families in Building _3_     Owner Occupied _____     Other _____
Boston District _D_     Tenant Occupied _X_
If DP-1:    EC _____     V&MM _____     Construction _FRAME_

1st MORTGAGEE INFO: Complete Name _Merrill lynch credit corporation, Isaoa-ATima_
_P o Box 5954    Springfield, OH 45501-5954_
Street Address        PO Box        City        State        Zip Code

2nd MORTGAGEE INFO: Complete Name _____
_____
Street Address        PO Box        City        State        Zip Code

COMMENT SECTION INCLUDING ADDITIONAL FORMS AND COVERAGE B DESCRIPTION
Form #.s            *Coverage B Description:

M. Petit

EXHIBIT NO. 1

5.24.06 A.S

PLEASE COMPLETE THE QUESTIONS ON REVERSE:

Date _11-4-03_ Agency _DABGAR_     Signature X. _See attached_

*Attach photo of dwelling     *Attach separate application for each location. ED.0797