11/07/2003 01:25 PM 15ECA_344



# VERMONT MUTUAL GROUP
## DWELLING QUESTIONNAIRE

Insured.s Name: 93 A Hillside Street Nominee Trust   Mary E. & Frank Petit

Location of Property: 93 A Hillside St.  Boston  Mon.  02120

Policy No. (If applicable): _____ New _____

1. Is the insured known to you? ___ Yes ___   2. Is the property known to you? ___ Yes ___

3. Year of construction: 1920's   4. Is the building property maintained and in good repair? Yes

5. Are stairs, handrails, and porches in good condition? ___ Yes ___

6. Are there smoke detectors in all units? ___ Yes ___   7. Is this seasonal property? ___ No ___

8. Type of central heating system: ___ GAS ___   9. Are there two exits for all units? ___ Yes ___

10. Have the following been updated:

Wiring ✓ Year 2002  Roofing ✓ Year 2000  Heating ✓ Year 2002  Plumbing ✓ Year 2002

11. Is the area:   Improving _____   (Stable)   Declining _____

12. Are there any substandard fire exposures within 50 feet? No   If so, please explain: _____

13. What class of tenants reside in this building? _____

(Working class)   Other: Please Specify _____

Professional _____ (Student occupancy is not acceptable)

14. Are any business pursuits conducted on the premises? No   If so, please explain: _____

15. If the house was built prior to 1965:

A. Has there been any attempt to delead the premises? No

B. Has the owner ever been notified of lead problems? No

16. Has risk been non-renewed or cancelled? No   If so, please explain: _____

17. Previous carrier: New purchase.

18. 3 year loss History: None

19. Does insured have any knowledge of an underground or exterior oil tank on the premises? No

20. If it is a townhouse, are there firewalls? No

21. Does dwelling have any woodstoves or oil space heaters? No

22. Are there farm barns or former barns on premises? No

23. If risk is located in a coastal area, please advise on the distance to the ocean. No

**A PHOTO OF THE DWELLING MUST BE ATTACHED**
COVERAGE WILL NOT BE CONSIDERED BOUND UNLESS ALL QUESTIONS ARE COMPLETED.

M. Petit

EXHIBIT NO. 2

5.24.06  P.S

DATE: 11-4-03   AGENCY: DODGAR.   SIGNED: X  see attached

ED. 0797   Individual Completing Form