Nov 05 03 10:32a     Barr Labs               11/07/2003 01:25 PM 15ECA_344
11/04/2003  14:43    7819376535      DADGAR INS INC              PAGE 83



## VERMONT MUTUAL GROUP
## DWELLING QUESTIONNAIRE

Insured's Name 93A Hillside Street Nominee Trust   Mary E. & Frank Petit

Location of Property: 93 A Hillside st. Boston Mon. 02120

Policy No. (If applicable): _New_

1. Is the insured known to you? _Yes._      2. Is the property known to you? _Yes._

3. Year of construction: 1923  4. Is the building property maintained and in good repair? _Yes._

5. Are stairs, handrails, and porches in good condition? _Yes._

6. Are there smoke detectors in all units? _Yes._      7. Is this seasonal property? _No._

8. Type of central heating system _Gas_      9. Are there two exits for all units? _yes_

10. Have the following been updated:
   Wiring ✓ Year 1995 Roofing ✓ Year 2000 : Heating ✓ Year 2002 Plumbing ✓ Year 2000

11. Is the area     Improving _____ (Stable)_____ Declining _____

12. Are there any substandard fire exposures within 50 feet? _No_ If so, please explain: _____

13. What class of tenants reside in this building? _____
(Working class)_____ Other. Please Specify _____
(Professional)_____ (Student occupancy is not acceptable)

14. Are any business pursuits conducted on the premises? _No_ If so, please explain: _____

15. If the house was built prior to 1965:
   A. Has there been any attempt to delead the premises? _No_
   B. Has the owner ever been notified of lead problems? _No_

16. Has risk been non-renewed or cancelled? _No_      If so, please explain: _____

17. Previous carrier: _New Policy_

18. 3 year loss History: _None_

19. Does insured have any knowledge of an underground or exterior oil tank on the premises? _No_

20. If it is a townhouse, are there firewalls? _No_

21. Does dwelling have any woodstoves or oil space heaters? _No_

22. Are there farm barns or former barns on premises? _No_

23. If risk is located in a coastal area, please advise on the distance to the ocean _No_

### A PHOTO OF THE DWELLING MUST BE ATTACHED
### COVERAGE WILL NOT BE CONSIDERED BOUND UNLESS ALL QUESTIONS ARE COMPLETED

DATE: 11-4-03     AGENCY: DADGAR          SIGNED: _Mary E. Petit_
ED. 0797                                  Individual Completing Form

M. Petit

EXHIBIT NO. 3

5-24-06   AS