Nov 05 09 10:32a    Barr Labs

11/04/2003 14:43    7819376936

11/07/2003 01:25 PM 15ECA_344

DADGAR INS INC    PAGE 02



# VERMONT MUTUAL GROUP
# AUTOMATED DWELLING FIRE APPLICATION

Check one: VERMONT MUTUAL INSURANCE CO. ✓    CANCELS OR
NORTHERN SECURITY INS. CO.    RENEWS NO. _____
GRANITE MUTUAL INS. CO.

INSURED'S NAME _93A Hillside street Nominee Trust_   _Mary E. & Frank Petit_
First Name              Middle Initial              Last Name

APPLICANT ADDRESS _1607 Casey Key Drive_  _Punta Gorda_, _Fl. 33950_
Street Address        PO Box        City State        Zip Code

EFFECTIVE DATE _11-14-03_

BILLED By COMPANY ✓_____ If Billed by Company to Whom:

AGENCY _____ (INSURED)    MORTGAGEE    AGENCY    OTHER

The described location to be covered is located at the above address, unless otherwise stated herein.
PREMISE LOCATION _93 A  Hillside St_  _Bolton_  _Mass._ _02120_
Street Address        PO Box        City        State        Zip Code

COVERAGES.

| COV.A | COV.B* (DESCRIBE) | COV.C | COV.D (RENTS) | COV.E (ADD LIVING EXP) | COV.L | COV.M |
|-------|-------|-------|-------|-------|-------|-------|
| 500,000 | | | 23,000 | | 1M:1m | 500% |

CHECK FORM DESIRED:    DP-1    DP-2    (DP-3)

Ded Req _100%_   Year Built _1920_   Ft. fr Hydrant _500_   Miles fr Fire Dept. _1/2_   Responding Fire Dept _Mission hill_   Prot. Class _2_   Prem Group _____
No. Families in Building _3_   Owner Occupied _____   Other _____
Boston District _D_   Tenant Occupied _X_
II DP-1 ____ EC ____   VSMM ____   Construction _FRAME_

1st MORTGAGEE INFO. Complete Name _Merrill Lynch Credit Corporation, ISAOA ATima_
_P.O. Box 5054_  _Springfield, OH. 45501-5154_
Street Address        PO Box        City        State        Zip Code

2nd MORTGAGEE INFO. Complete Name _____
_____
Street Address        PO Box        City        State        Zip Code

COMMENT SECTION INCLUDING ADDITIONAL FORMS AND COVERAGE B DESCRIPTION

Form # s _____    *Coverage B Description: _____

PLEASE COMPLETE THE QUESTIONS ON REVERSE:

Date _11-14-03_ Agency _DADGAR_    Signature X. _____
*Attach photo of dwelling    *Attach separate application for each location. ED.0797

M. Petit

EXHIBIT NO. 4

5.24.06  A.S