# LITCHFIELD
## —————CAVO LLP
Attorneys at Law

**WRITER'S ADDRESS:**
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
(781) 309-1500
(781) 246-0167 Fax
email: kober@litchfieldcavo.com

May 31, 2006

John F. Rossi, Esq.
18 Tremont Street
Boston, MA 02108

> **Re: Insured: 93A Hillside Street Nominee Trust**
> **Date of Loss: March 3, 2006**
> **Vermont Mutual Policy No.: DF13040719**
> **Vermont Mutual Claim No.: DFA09454**
> **LC File No.: 2824-16**

Dear Mr. Rossi:

I wanted to advise you that, subsequent to my taking the EUOs of Mr. and Mrs. Petit, I spoke with Anowsh Dadgar of Dadgar Insurance Agency, Inc. In that discussion with me, Mr. Dadgar categorically denied that Mrs. Petit had disclosed to him that any students were renting any of the units in the insured property and further denied any discussion relating to whether Northeastern University coop students qualified as "working class" tenants as opposed to "students". He also stated that, during the course of the telephone conversation during which he read to her the questions on the "Dwelling Questionnaire", he read to her the parenthetical portion of Question No. 13, *i.e.*, "(Student occupancy is not acceptable)".

As you can see, Vermont Mutual is now faced with two versions of the same event, *i.e.*, what information was discussed (or not discussed) during the application process, which are not only inconsistent, but are actually mutually exclusive. It would be helpful if Mrs. Petit could provide copies of any written materials, *e.g.*, any notes or other documentation relating to her conversations with Mr. Dadgar, that may assist Vermont Mutual in resolving this issue. In light of her testimony in her EUO that she called Mr. Dadgar, I am separately requesting that she provide copies of any telephone bills or other telephone records that she may have that would show when she called Mr. Dadgar or his office.

Thank you very much for your continued cooperation in this matter.

Very truly yours,

Peter C. Kober

---

Chicago • Hartford • Boston • New York • New Jersey • Tampa • Milwaukee

www.litchfieldcavo.com