# JOHN F. ROSSI

ATTORNEY AT LAW
18 TREMONT STREET
SUITE 900
BOSTON, MASSACHUSETTS 02108

TELEPHONE
(617) 742-5400

FACSIMILE
(617) 742-0003

June 26, 2006

RECEIVED
JUN 27 2006
By_____

Peter C. Kober, Esq.
Litchfield Cavo, LLP
6 Kimball Lane
Suite 100
Lynnfield, MA 01940

**RE:  MARY E. PETIT & FRANK PETIT**
**AND: VERMONT MUTUAL INSURANCE COMPANY**

Dear Mr. Kober:

Pursuant to our telephone conversation on June 22, 2006, this letter will confirm that Ms. Petit has made reasonable inquiry with her long distance telephone service carrier as of November, 2003 and requested a listing of itemized long distance calls made during that period. Unfortunately, her long distance telephone service carrier indicated they are not able to compile a list of her long distance calls. This apparently results from the fact that she did not received itemized listed calls in her bills for service as of that time.

In response to your request, I have enclosed a copy of the Chapter 93A Demand letter which I recently served upon Mr. Dadgar and his insurance agency.

I look forward to hearing from you in the very near future concerning the above referenced claim. Thank you for your anticipated courtesy and consideration.

Very truly yours,

JOHN F. ROSSI

JFR/ejf
2006.006
enclosure:
cc: Mary E. Petit