Faxed to 781-416-1004 and mailed regular and return receipt on May 5 2006 to

Bryan A. Holtzman
Swirling Milton Winnick
36 Washington Street
Suite 310
Wellesley Hills, Ma. 02481-1917

RE: 93 A Hillside St Nominee Trust
    93A Hillside Street
      Boston Ma. 02120

Policy number: DF13040719    Claim number: DFA09454
Date of Loss: 3/3/06

Dear Mr. Holtzman,

Per Company instruction we are formally rejecting the enclosed Proof of Loss submitted
by you for Rents advance of $25,000.

PLEASE BE ADVISED we are neither accepting nor denying coverage at this time, but
we are continuing our investigation under a full RESERVATION OF RIGHTS until such
time as coverage issues are determined.

Please be advised that neither this nor any other correspondence is intended to waive any
of the rights, defenses, or privileges the Insurance Company has under the terms and
conditions of the policy.

Sincerely,

Steven A. Chandler
General Adjuster-AIC
USA Claims
PO Box 60491
Longmeadow Ma. 01116

413-567-2232
413-567-2248-fax

2 Pages total

# SWORN STATEMENT IN PROOF OF LOSS

Rents

| | | | |
|---|---|---|---|
| POLICY # | DF3-04-07-19 | OUR FILE #: | 7614 |
| AMOUNT OF POLICY AT TIME OF LOSS | $73,000 | COMPANY CLAIM #: | |
| DATE ISSUED | 11/14/05 | AGENCY AT: | Woburn, MA |
| DATE EXPIRES | 11/14/06 | AGENT: | DADGAR INSURANCE AGENCY |

To the Vermont Mutual Insurance Company of VT

At time of loss, by the above indicated policy of insurance you insured 93A Hillside Street Nominee Trust against loss by all risks to the property described and according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

1. Time and Origin: A fire loss occurred on or about **March 4, 2006**. The cause and origin of the said loss were: Unknown to insured.

2. Occupancy: The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever: **as permitted**

3. Title and Interest: At the time of the loss the interest of your insured in the property described therein was owner. No other person or persons had any interest therein or encumbrance thereon, except: **not applicable.**

4. Changes: Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except: **None.**

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of the loss, sole policy, besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

| | | | |
|---|---|---|---|
| 6. | The Actual Cash Value of said property at the time of the loss was | $ | |
| 7. | The Whole Loss and Damage insurable under such policy was | $ | To be determined |
| 8. | **Less Amount of Deductible** | $ | 0.00 |
| 9. | **Less Amount of Partial Payment(s)** | $ | 0.00 |
| 10. | The Amount Claimed under the above numbered policy is a partial payment | $ | 25,000.00 |

The said loss did NOT originate by any act, design or procurement on the part of the insured, or this affiant; nothing has been done by or with the privity or consent of the insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. In consideration of the payment made, the insured hereby subrogates the Company to all rights, title and interest in and to the property for which claim is being made to the extent of such payment. Any other information that may be required will be furnished and considered a part of this Proof of Loss.

THIS STATEMENT IS MADE UNDER THE PAINS AND PENALTIES OF PERJURY.

State of

County of

Subscribed and sworn to before me this ___ day of **April 2006**

_____

Notary Public

93A HILLSIDE STREET NOMINEE TRUST

x _____ Trustee

04-06-2006

U.S.A. Inc.

Steven A. Chandler
United Service Adjustment
P.O. Box 60491
Longmeadow, MA 01116

SPRINGFIELD MA 011

16 NOV 2006 PM 2 L

33350+82363

