93 A   Hillside Street nominee trust

→   c/o Mary E. Petit & Frank Petit

1607 Casey Key Dr.

Punta Gorda, Florida. 33950

Tel. (941) 505- 2830 .

Fax. (941) 505 - 2009

→ mismahill    (D) .

93 A  Hillside St  Boston, Mass. 02120

3 fam'y  wood frame  New York City

Jc: 1920's
              no students
update    roof → pitched  (2000).
              5.27 →            2001
          New decks.          2002
          basement sealed later prog   2003
          plumbing new

          Electrical → Circuit breaker
          Smoke detector → (H. Wire)

3 bedrooms
P.P.  748m
loans  465m / rental
                    $73000

lender:

memyl lynch

(Closing Date: 11/14/03 ±)

Bill Brown.
(617) 437 - 8806.