1.) 5/5/06 (Friday)

Mary Petit called inquiring about claim. Her PA has informed her that Vermont Mutual put a stop on sending the $25,000 advance. I told her I'd call VM and get back to her on Monday.

2.) 5/8/06 (Monday)

Called Peter Fresco at VM and asked him if the letter of denial of coverage had gone out. Peter said not yet, to call Mary back and tell her there's eligibility issues and VM will be in touch with her this week.

3.) 5/8/06 (Monday)

Called Mary back and told her the same.

4.) 5/9/06 (Tuesday)

PA called fishing for answers since VM didn't send the advance check. He said he's pretty sure it's due to student occupancy and I should tell VM that these are coop students, not regular students, and they should be considered working class. I responded to him we weren't aware of any coop students here and it's up to VM to make that determination.