

# RODMAN INSURANCE AGENCY, INC.

*Established 1935*

145 Rosemary Street, Bldg. A, Needham, MA 02494 ● Tel:(781)247-7800 ● Fax:(781)444-0090 ● www.rodmanins.com

SUMNER RODMAN, CLU, LIA ● BERTRAM RODMAN, CPCU ● PHILIP NYMAN, CPCU ● SHELDON GROSSER, CPCU, CLU ● JAMES RODMAN, CIC ● JEFFREY GROSSER, CPCU
LEE SHULMAN, LIA ● STEVEN SHULMAN, ESQ, CIC ● ANDREW ALTMAN ● MYRON MICHALS ● EVAN TOBASKY, CIC ● MARK MARKELL ● DOUGLAS HALL

## FACSIMILE TRANSMITTAL SHEET

| To: **Attorney William P. McGovern, Jr.** | From: Steve Shulman |
|---|---|
| Company: **Tucker, Heifetz & Saltzman LLP** | Email: **sshulman@rodmanins.com** |
| Fax number: **100 Franklin Street Boston, MA 02110** | Date: August 9, 2007 |
| Re: **Vermont Mutual Vs. Mary Petit et al** | Total no. of pages including cover: **n/a** |

NOTES / COMMENTS:

Dear Attorney McGovern,

I am enclosing copies of our paper file. There is more information that is in our computer, but there is not a systematic way to copy it for you. After reviewing the paper file, if there is particular information you need, we will endeavor to produce it for you.

I will be on vacation until August 23. If you can wait until then for any further documentation, it would be appreciated. I will confirm separately that by producing this data, we do not need to appear at the deposition on 8/13.



Harleysville Worcester Insurance Company
120 Front Street, S··· ·00
Worcester, MA 0·      408
www.harleysvillegroup.com

# Harleysville

**DELUXE**
**BUSINESS OWNERS POLICY**
**BO 9G3633**

Named Insured:

**MARY E PETIT & LISA N RUSSO**
**AS TRUSTEES OF 11-15**
**COPENGER NOMINEE TRUST**
**1607 CASEY KEY DRIVE**
**PUNTAGORDA FL 33950**

| | |
|---|---|
| Account | 9G3633 |
| Policy Term | 05/22/06 to 05/22/07 |
| | 12:01 A.M. Standard Time |
| Issue Date | 04/28/06 |
| Reason for Issue | Renewal Certificate |

For assistance please contact your agent
**RODMAN INSURANCE AGENCY INC**
at **781-247-7800**

(Agent Code 75-5638)

---

Form Of Business:    Individual
Business Description:    Residential

|  |  |
|---|---|
| Total Annual Policy Premium: | $1,945.00 |
| Total Policy Premium: | $1,945.00 |
| Total Amount Due: | $1,945.00 |

The amount shown above is the total amount due.  This premium is due as indicated on the premium invoice.  Failure to remit when due can result in the cancellation of your policy.  If you request cancellation, there is a minimum premium retention for this policy of        $75.

Renewal offer is contingent upon payment of prior policy term.

Insurance is afforded only with respect to the coverages listed.  The limit of our liability shall be as stated herein subject to all terms of the policy. For specific provisions and coverage definitions applicable to the following schedules, refer to the appropriate attached form or endorsement.  A schedule of forms and endorsements made part of this policy can be found at the end of this declarations.



Harleysville Worcester Insurance Company
120 Front Street, Suite J
Worcester, MA 01608-1408
www.harleysvillegroup.com

**DELUXE**
**BUSINESS OWNERS POLICY**
**BO 9G3633**



**larleysville**

| | |
|---|---|
| Policy Term | 05/22/06 to 05/22/07 |
| | 12:01 A.M. Standard Time |
| Issue Date | 04/28/06 |
| Agent Code | 75-5638 |

MARY E PETIT & LISA N RUSSO

## SCHEDULE OF LOCATIONS/PREMISES

Loc
No        Location Description
001    11-15 Copenger Street        Boston MA 02120

## SCHEDULE OF COVERAGES

Section I:   Property Coverages   Section I Deductible:    $1,000

Loc 001 Bldg 001                                    Limit of Insurance

Construction: Frame
Terr:  001  Protection:  02  Occupied By:  Tenant(s)/Insured's Residence
Class:  65138 - Apartment Buildings - 1 or 2 Families

Building                                           $394,000
Business Income and Extra Expense        Refer to policy text
Accounts Receivable                                 $25,000
Money and Securities          Inside the Premises    $25,000
                              Outside the Premises   $25,000

Other Coverages and Endorsements
          Massachusetts Tenant Relocation Expense
          Endorsement

Section II:   Business Liability

Business Liability and Medical Expenses
  Each Occurrence                                 $1,000,000
  General Aggregate
    (Other than Products-Completed Operations)    $2,000,000
Products - Completed Operations Aggregate         $2,000,000
Fire Legal Liability          Each Occurrence       $100,000
Medical Expenses              Each Person            $10,000

## SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS

Additional Insured-Mortgagee, Assignee, or
Receiver
Designation of Premises:
   Premises ---      Building ---        Loan Number - 7079483751
Name Of Person Or Organization:
   Merrill Lynch Credit Corporati   ISAOA
   P.O. Box 5954
   Springfield OH 45501

## FORMS AND ENDORSEMENTS

                                                   Loc/
                                              State Bldg
*PJ0003      0205 Policy Jacket
*B07474      0704 Conditional Exclusion of Terrorism (Relating to
             Disposition of Federal Terrorism Risk Insurance

Worcester   04 03 DB CERE X        Page  2
PD-0113 (Ed. 6-85)                 AGENT COPY

120 Front Street, Suite 500
Worcester, MA 01 408
www.harleysvilleg. ..com

**DELUXE**
**BUSINESS OWNERS POLICY**
**BO 9G3633**



**Harleysville**

| Policy Term | 05/22/06 to 05/22/07 |
| | 12:01 A.M. Standard Time |
| Issue Date | 04/28/06 |
| Agent Code | 75-5638 |

**MARY E PETIT & LISA N RUSSO**

| | | |
|---|---|---|
| | | Act of 2002 |
| ILW7110 | 0494 | Two or More Policies Issued By Us |
| IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |
| PT0620 | 0193 | Deluxe Business Owners Policy |
| BOW7162 | 1088 | Massachusetts Changes |
| BO7395 | 1001 | Equipment Breakdown Coverage Endorsement |
| BO7411 | 0201 | Civil Authority Amendment Endorsement |
| BO7416 | 0701 | Business Owners Plus II Endorsement |
| BO7433 | 0802 | Nuclear Hazard Exclusion Amendment |
| BO7436 | 1102 | Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses |
| BO7455 | 0903 | Limited Fungi or Bacteria Coverage |
| BP1004 | 0498 | Exclusion of Certain Computer-Related Losses |
| *IL0108 | 0305 | Massachusetts Tenant Relocation Expense Endorsement |
| BOW7257 | 1293 | Lead Poisoning Exclusion |
| BOW7261 | 0197 | Lead Poisoning Liability Exclusion and Coverage Option |
| BO7107 | 1288 | Additional Insured-Mortgagee, Assignee, or Receiver |
| BO7233 | 0193 | Employment - Related Practices Exclusion |
| BO7302 | 0195 | Amendment - Leased Workers |
| BO7417 | 0901 | Exclusion - Asbestos, Silica or Talc |
| BO7418 | 1004 | Amendment of Personal Injury and Advertising Injury Coverage |
| BO7437 | 1202 | Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Terrorism); Cap On Losses From Certified Acts Of Terrorism |
| BO7438 | 1102 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BO7443 | 0103 | War Liability Exclusion |

**IMPORTANT INFORMATION**
The following material contains information about your policy.
Please read carefully.

| | | |
|---|---|---|
| ST7555 | 1104 | Important Notice To Policyholders |
| Z887 | 1299 | Direct Claims Reporting Saves You Time and Money! |

* Indicates a new or replacement form.  Retain listed forms not replaced.

Renewal Insuring Agreement:  In consideration of payment of the premium specified on the renewal declarations, this policy is renewed for the period stated.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declarations.



Worcester    04 03 DB CERE X
PD-0113 (Ed. 6-85)

Page  3
AGENT COPY

Harleysville Worcester Insurance Company
120 Front Street, Suite 408
Worcester, MA 01608
www.harleysvillegroup.com

**DELUXE**
**BUSINESS OWNERS POLICY**
**BO 9G3633**

| | |
|---|---|
| **Policy Term** | **05/22/06 to 05/22/07** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **04/28/06** |
| **Agent Code** | **75-5638** |

# larleysville℠

**MARY E PETIT & LISA N RUSSO**

---

Premium Information Sheet                     GL Class Code:    60010
Coverage Part:  Business Owners - Deluxe      Pro-Rate Factor:  1.000

(Tip /Comm /Other) * (Sch /Comm /Other) * Sec = RMF
1.000 1.000 1.000     .800 1.000 1.000   1.000   .800

Loc 001  Bldg 001  State 20  Terr 001
Class 65138 - Apartment

| Coverage | Rate | Cap Fct | Prem Base | Annual Premium |
|---|---|---|---|---|
| Building | 4.920 | | 394,000 | $1,938.00 |
| Mass Tenant Relo | | | 2 | $7.00 |
| | | | Total Annual Premium: | $1,945.00 |

Worcester   04 03 DB CERE X        Page  1
PD-0113 (Ed. 6-85)                 AGENT COPY

DELUXE
BUSINESS OWNERS POLICY
BO  9G3633

MARY E PETIT & LISA N RUSSO
AS TRUSTEES OF 11-15
COPENGER NOMINEE TRUST
1607 CASEY KEY DRIVE
PUNTAGORDA FL  33950

★
755638
RODMAN INSURANCE AGENCY INC
145 ROSEMARY ST BLDG A
NEEDHAM MA 02494

# Harleysville
# Worcester
# Insurance
# Company



# Harleysville.

120 Front Street, Suite 500
Worcester, Massachusetts 01608



PJ-0003 (Ed. 2-05)

Page 1 of 2

This policy jacket with the policy provisions, declarations or information page, and endorsements, if any, completes this policy.

We will provide insurance described in this policy in return for the premium and compliance with all applicable policy provisions.

In Witness Whereof, the Company has caused this policy to be executed and attested.

Dennis Otmaskin
President

Robert A. Kauffman
Secretary

120 Front Street, Suite 500
Worcester, MA  01608-140.
www.harleysvillegroup.com

DELUXE
BUSINESS OWNERS POLICY
BO  9G3633

## Harleysville.

Named Insured:

**MARY E PETIT & LISA N RUSSO**
**AS TRUSTEES OF 11-15**
**COPENGER NOMINEE TRUST**
**1607 CASEY KEY DRIVE**
**PUNTAGORDA FL  33950**

| | |
|---|---|
| Account | 9G3633 |
| Policy Term | 05/22/05 to 05/22/06 |
| | 12:01 A.M. Standard Time |
| Issue Date | 03/23/05 |
| Reason for Issue | Renewal Certificate |

For assistance please contact your agent
**RODMAN INSURANCE AGENCY INC**
at **781-247-7800**

**(Agent Code 75-5638)**

Form Of Business:  Individual
Business Description:  Residential

|  |  |
|---|---|
| Total Annual Policy Premium: | $1,872.00 |
| Total Policy Premium: | $1,872.00 |
| Total Amount Due: | $1,872.00 |

The amount shown above is the total amount due.  This premium is due as indicated on the premium invoice.  Failure to remit when due can result in the cancellation of your policy.  If you request cancellation, there is a minimum premium retention for this policy of        $75.

Renewal offer is contingent upon payment of prior policy term.

Insurance is afforded only with respect to the coverages listed.  The limit of our liability shall be as stated herein subject to all terms of the policy. For specific provisions and coverage definitions applicable to the following schedules, refer to the appropriate attached form or endorsement.  A schedule of forms and endorsements made part of this policy can be found at the end of this declarations.



120 Front Street, Suite 500
Worceste'        01608-1408
www.harl.    .llegroup.com

**Harleysville**

(

### DELUXE
### BUSINESS OWNERS POLICY
### BO 9G3633

| | |
|---|---|
| **Policy Term** | **05/22/05 to 05/22/06** 12:01 A.M. Standard Time |
| **Issue Date** | **03/23/05** |
| **Agent Code** | **75-5638** |

**MARY E PETIT & LISA N RUSSO**

---

## SCHEDULE OF LOCATIONS/PREMISES

Loc
No              Location Description
001    11-15 Copenger Street        Boston MA 02120

## SCHEDULE OF COVERAGES

**Section I:   Property Coverages   Section I Deductible:    $1,000**

**Loc 001 Bldg 001**                                   **Limit of Insurance**

Construction:  Frame
Terr:  001  Protection:  02  Occupied By:  Tenant(s)/Insured's Residence
Class:  65138 - Apartment Buildings - 1 or 2 Families

| | | |
|---|---|---|
| Building | | $379,000 |
| Business Income and Extra Expense | | Refer to policy text |
| Accounts Receivable | | $25,000 |
| Money and Securities | Inside the Premises | $25,000 |
| | Outside the Premises | $25,000 |

Other Coverages and Endorsements
          Massachusetts Tenant Relocation Expense
          Endorsement

**Section II:   Business Liability**

| | | |
|---|---|---|
| Business Liability and Medical Expenses | | |
| Each Occurrence | | $1,000,000 |
| General Aggregate (Other than Products-Completed Operations) | | $2,000,000 |
| Products - Completed Operations Aggregate | | $2,000,000 |
| Fire Legal Liability | Each Occurrence | $100,000 |
| Medical Expenses | Each Person | $10,000 |

## SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS

Additional Insured-Mortgagee, Assignee, or
Receiver
Designation of Premises:
    Premises ---        Building ---
  Name Of Person Or Organization:              Loan Number - 7079483751
    Merrill Lynch Credit Corporati    ISAOA
    P.O. Box 5954
    Springfield OH 45501

## FORMS AND ENDORSEMENTS

                                                        Loc/
                                                State Bldg

| | | |
|---|---|---|
| PJ0003E | 0698 | Policy Jacket |
| ILW7110 | 0494 | Two or More Policies Issued By Us |
| *IL7156 | 0904 | Endorsement Notice of Terrorism Insurance Coverage |

120 Front Street, Suite 300
Worcester, MA  01608-140:
www.harleysvillegroup.com

**DELUXE
BUS...ESS OWNERS POLICY
BO 9G3633**



**Harleysville**.sm

| | |
|---|---|
| **Policy Term** | **05/22/05 to 05/22/06**<br>12:01 A.M. Standard Time |
| **Issue Date** | **03/23/05** |
| **Agent Code** | **75-5638** |

**MARY E PETIT & LISA N RUSSO**

| | | |
|---|---|---|
| PT0620 | 0193 | Deluxe Business Owners Policy |
| BOW7162 | 1088 | Massachusetts Changes |
| BO7395 | 1001 | Equipment Breakdown Coverage Endorsement |
| BO7411 | 0201 | Civil Authority Amendment Endorsement |
| BO7416 | 0701 | Business Owners Plus II Endorsement |
| BO7433 | 0802 | Nuclear Hazard Exclusion Amendment |
| BO7436 | 1102 | Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses |
| BO7455 | 0903 | Limited Fungi or Bacteria Coverage |
| BP1004 | 0498 | Exclusion of Certain Computer-Related Losses |
| IL0108 | 1185 | Massachusetts Tenant Relocation Expense Endorsement |
| BOW7257 | 1293 | Lead Poisoning Exclusion |
| BOW7261 | 0197 | Lead Poisoning Liability Exclusion and Coverage Option |
| BO7107 | 1288 | Additional Insured-Mortgagee, Assignee, or Receiver |
| BO7233 | 0193 | Employment - Related Practices Exclusion |
| BO7302 | 0195 | Amendment - Leased Workers |
| BO7417 | 0901 | Exclusion - Asbestos, Silica or Talc |
| *BO7418 | 1004 | Amendment of Personal Injury and Advertising Injury Coverage |
| BO7437 | 1202 | Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Terrorism); Cap On Losses From Certified Acts Of Terrorism |
| BO7438 | 1102 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BO7443 | 0103 | War Liability Exclusion |
| *ST7511 | 1204 | Exclusion - Unsolicited Faxes, Telephone Calls and Emails Important Notice to Policyholders |

## IMPORTANT INFORMATION
The following material contains information about your policy.
Please read carefully.

| | | |
|---|---|---|
| *ST7555 | 1104 | Important Notice To Policyholders |
| Z887 | 1299 | Direct Claims Reporting Saves You Time and Money! |

* Indicates a new or replacement form.  Retain listed forms not replaced.

Renewal Insuring Agreement:  In consideration of payment of the premium specified on the renewal declarations, this policy is renewed for the period stated.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declarations.

Worcester   03 02 DB CERE X
PD-0113 (Ed. 6-85)

Page  3
AGENT COPY



120 Front Street, Suite 500
Worcester     01608-1408
www.harleysvillegroup.com

**DELUXE
BUSINESS OWNERS POLICY**
BO 9G3633

**Harleysville** sm

| | |
|---|---|
| **Policy Term** | **05/22/05 to 05/22/06** 12:01 A.M. Standard Time |
| **Issue Date** | **03/23/05** |
| **Agent Code** | **75-5638** |

**MARY E PETIT & LISA N RUSSO**

---

```
Premium Information Sheet              GL Class Code:    60010
Coverage Part:  Business Owners - Deluxe   Pro-Rate Factor:  1.000

(Tip /Comm /Other) * (Sch /Comm /Other) * Sec = RMF
1.000 1.000 1.000     .800 1.000 1.000  1.000   .800


Loc 001  Bldg 001  State 20   Terr 001
Class 65138 - Apartment
```

| Coverage | Rate | Cap Fct | Prem Base | Annual Premium |
|---|---|---|---|---|
| Building | 4.920 | | 379,000 | $1,865.00 |
| Mass Tenant Relo | | | 2 | $7.00 |
| | | | Total Annual Premium: | $1,872.00 |

120 Front Street, Suite 500
Worcester, MA  01608-1408
www.harleysvillegroup.com

DELUXE

BUSINESS OWNERS POLICY

BO 9G3633



# Harleysville™

Named Insured:

MARY E PETIT & LISA N RUSSO
AS TRUSTEES OF 11-15
COPENGER NOMINEE TRUST
1607 CASEY KEY DRIVE
PUNTAGORDA FL  33950

| Account | 9G3633 |
| Policy Term | 05/22/07 to 05/22/08 |
| | 12:01 A.M. Standard Time |
| Issue Date | 05/04/07 |
| Reason for Issue | Renewal Certificate |

For assistance please contact your agent
RODMAN INSURANCE AGENCY INC
at 781-247-7800

(Agent Code 75-5638)

Form Of Business:   Individual
Business Description:   Residential

Total Annual Policy Premium:   $2,044.00
Total Policy Premium:   $2,044.00
Total Amount Due:   $2,044.00

The amount shown above is the total amount due.  This premium is due as
indicated on the premium invoice.  Failure to remit when due can result in
the cancellation of your policy.  If you request cancellation, there is a
minimum premium retention for this policy of      $75.

Renewal offer is contingent upon payment of prior policy term.

Insurance is afforded only with respect to the coverages listed.  The limit of
our liability shall be as stated herein subject to all terms of the policy.
For specific provisions and coverage definitions applicable to the following
schedules, refer to the appropriate attached form or endorsement.  A schedule of
forms and endorsements made part of this policy can be found at the end of this
declarations.



120 Front Street. Suite 500
Worcester, N   1608-1408
www.harleysh. ..group.com

**DELUXE**
**BUSINESS OWNERS POLICY**
**BO 9G3633**

| Policy Term | 05/22/07 to 05/22/08 |
|---|---|
| | 12:01 A.M. Standard Time |
| Issue Date | 05/04/07 |
| Agent Code | 75-5638 |

### MARY E PETIT & LISA N RUSSO

## SCHEDULE OF LOCATIONS/PREMISES

| Loc No | Location Description | |
|---|---|---|
| 001 | 11-15 Copenger Street | Boston MA 02120 |

## SCHEDULE OF COVERAGES

### Section I:  Property Coverages   Section I Deductible:   $1,000

**Loc 001 Bldg 001**                                      Limit of Insurance

Construction:  Frame
Terr:  001  Protection:  02  Occupied By:  Tenant(s)/Insured's Residence
Class:  65138 - Apartment Buildings - 1 or 2 Families

| | | |
|---|---|---|
| Building | | $414,000 |
| Business Income and Extra Expense | | Refer to policy text |
| Accounts Receivable | | $25,000 |
| Money and Securities | Inside the Premises | $25,000 |
| | Outside the Premises | $25,000 |

**Other Coverages and Endorsements**
Massachusetts Tenant Relocation Expense
Endorsement

### Section II:  Business Liability

| | | |
|---|---|---|
| Business Liability and Medical Expenses | | |
| Each Occurrence | | $1,000,000 |
| General Aggregate (Other than Products-Completed Operations) | | $2,000,000 |
| Products - Completed Operations Aggregate | | $2,000,000 |
| Fire Legal Liability | Each Occurrence | $100,000 |
| Medical Expenses | Each Person | $10,000 |

## SCHEDULE OF OTHER COVERAGES AND ENDORSEMENTS

Additional Insured-Mortgagee, Assignee, or Receiver
Designation of Premises:
    Premises ---      Building ---               Loan Number - 7079483751
Name Of Person Or Organization:
    Merrill Lynch Credit Corporati    ISAOA
    P.O. Box 5954
    Springfield OH 45501

## FORMS AND ENDORSEMENTS

                                                              Loc/
                                                         State Bldg

| | | |
|---|---|---|
| PJ0003 | 0205 Policy Jacket | |
| *B07474 | 0107 CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE | |

Worcester, MA 01608-1408
www.harleysvillegroup.com

**DELUXE
BUSINESS OWNERS POLICY
BO 9G3633**



Harleysville.

| Policy Term | 05/22/07 to 05/22/08 |
| | 12:01 A.M. Standard Time |
| Issue Date | 05/04/07 |
| Agent Code | 75-5638 |

**MARY E PETIT & LISA N RUSSO**

---

|  |  | ACT) |
|---|---|---|
| *ILW7110 | 0494 | Two or More Policies Issued By Us |
| *IL7156 | 0506 | Endorsement Notice of Terrorism Insurance Coverage |
| PT0620 | 0193 | Deluxe Business Owners Policy |
| BOW7162 | 1088 | Massachusetts Changes |
| BO7395 | 1001 | Equipment Breakdown Coverage Endorsement |
| BO7411 | 0201 | Civil Authority Amendment Endorsement |
| BO7416 | 0701 | Business Owners Plus II Endorsement |
| BO7433 | 0802 | Nuclear Hazard Exclusion Amendment |
| BO7436 | 1102 | Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses |
| *BO7455 | 1206 | Limited Fungi or BacteriaCoverage |
| BP1004 | 0498 | Exclusion of Certain Computer-Related Losses |
| IL0108 | 0305 | Massachusetts Tenant Relocation Expense Endorsement |
| BOW7257 | 1293 | Lead Poisoning Exclusion |
| BOW7261 | 0197 | Lead Poisoning Liability Exclusion and Coverage Option |
| BO7107 | 1288 | Additional Insured-Mortgagee, Assignee, or Receiver |
| BO7233 | 0193 | Employment - Related Practices Exclusion |
| BO7302 | 0195 | Amendment - Leased Workers |
| BO7417 | 0901 | Exclusion - Asbestos, Silica or Talc |
| BO7418 | 1004 | Amendment of Personal Injury and Advertising Injury Coverage |
| BO7437 | 1202 | Nuclear, Biological Or Chemical Terrorism Exclusion (Other Than Certified Acts Of Terrorism); Cap On Losses From Certified Acts Of Terrorism |
| BO7438 | 1102 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BO7443 | 0103 | War Liability Exclusion |

**IMPORTANT INFORMATION**
The following material contains information about your policy.
Please read carefully.

| *ST7526 | 0107 | CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT) POTENTIAL RESTRICTIONS OF TERRORISM COVERAGE |
|---|---|---|
| ST7555 | 1104 | Important Notice To Policyholders |
| *ST7619 | 1206 | Limited Coverage For Fungi/Mold, Wet And Dry Rot Advisory Notice To Policyholders |
| Z887 | 1299 | Direct Claims Reporting Saves You Time and Money! |

* Indicates a new or replacement form.  Retain listed forms not replaced.

Renewal Insuring Agreement:  In consideration of payment of the premium specified on the renewal declarations, this policy is renewed for the period stated.  The renewal is subject to all terms, conditions, forms and endorsements attached to the policy or to this renewal declarations.



120 Front Street, Suite 500
Worcester, MA 01608-1408
www.harleysvillegroup.com

**DELUXE**
**BUSINESS OWNERS POLICY**
**BO 9G3633**

# Harleysville.

| | |
|---|---|
| **Policy Term** | **05/22/07 to 05/22/08** |
| | 12:01 A.M. Standard Time |
| **Issue Date** | **05/04/07** |
| **Agent Code** | **75-5638** |

### MARY E PETIT & LISA N RUSSO



Worcester, MA  01608-1408
www.harleysvillegroup.com

**DELUXE
BUSINESS OWNERS POLICY
BO 9G3633**

| | |
|---|---|
| **Policy Term** | **05/22/07 to 05/22/08** 12:01 A.M. Standard Time |
| **Issue Date** | **05/04/07** |
| **Agent Code** | **75-5638** |

**MARY E PETIT & LISA N RUSSO**

---

Premium Information Sheet                       GL Class Code:    60010
Coverage Part:  Business Owners - Deluxe        Pro-Rate Factor:  1.000

(Tip /Comm /Other) * (Sch /Comm /Other) * Sec = RMF
1.000 1.000 1.000      .800 1.000 1.000  1.000   .800

**Loc 001  Bldg 001  State 20  Terr 001**
Class 65138 - Apartment

| Coverage | Rate | Cap Fct | Prem Base | Annual Premium |
|---|---|---|---|---|
| Building | 4.920 | | 414,000 | $2,037.00 |
| Mass Tenant Relo | | | 2 | $7.00 |
| | | | Total Annual Premium: | $2,044.00 |



Harleysville Worcester Insurance Company
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

# PREMIUM INVOICE

| | |
|---|---|
| oice Date: | 05/04/07 |
| Account/Policy: | 9G3633 |
| Agency Code: | 75-5638 |
| Payment Received: | $1,945.00 |
| Current Balance: | $2,044.00 |

MARY       PETIT
1607 CASEY KEY DRIVE
PUNTAGORDA FL   33950

| | |
|---|---|
| Minimum Due: | $408.80 |
| Due Date: | 05/24/07 |

**Minimum due must reach us by the due date or there will be no coverage as of 12:01 a.m. on 05/22/07**

For assistance please contact your agent:
RODMAN INSURANCE AGENCY INC
at 781-247-7800

Dear Policyholder:

This is an offer to renew your policy. Your renewal policy will become effective when payment is received by the due date of 05/24/07. If we do not receive the minimum due by the due date, the offer of renewal is withdrawn and there will be no coverage under the policy as of 12:01 a.m 05/22/07. If there is an outstanding balance on the prior policy, any payment received will be applied to the balance.

Sign up for Electronic Funds Transfer - Automatic, Convenient, NO INSTALLMENT FEES with various payment plans including 12 pay. See enclosed brochure.

Thank you for your business!

| Policy | Exp. Date | Description | Balance | Minimum Due |
|---|---|---|---|---|
| BO 9G3633 | 05/08 | Business Owners | 2,044.00 | 408.80 |

IF YOU HAVE A CLAIM, CALL US WITHIN 24 HOURS AT 1-800-892-8877. WE ARE OPEN TO TAKE YOUR CALLS 24 HOURS A DAY, 7 DAYS A WEEK.

### Payment Options (Installment fees are included)

| Due Date | One-Pay | Two-Pay | Four-Pay | Nine-Pay |
|---|---|---|---|---|
| 05/24/07 | $2,044.00 | $1,022.00 | $511.00 | $408.80 |
| 06/22/07 | | | | $209.40 |
| 07/22/07 | | | $516.00 | $209.40 |
| 08/22/07 | | | | $209.40 |
| 09/22/07 | | | | $209.40 |
| 10/22/07 | | $1,027.00 | $516.00 | $209.40 |
| 11/22/07 | | | | $209.40 |
| 12/22/07 | | | | $209.40 |
| 01/22/08 | | | $516.00 | $209.40 |

**** Payment will determine Pay Plan Selected ****



Insured:   MARY       PETIT

Please indicate account/policy number on check and make payable to Harleysville Insurance.

Harleysville Insurance
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002

Detach and return this portion with your payment

| | |
|---|---|
| Account/Policy: | 9G3633 |
| | BR 60   MAR |
| Current Balance: | $2,044.00 |
| Minimum Due: | $408.80 |
| Due Date: | 05/24/07 |

**Minimum due must reach us by the due date or there will be no coverage as of 12:01 a.m. on 05/22/07**

Amount Paid:

If your address has changed, please cross out the 'Y' below and write new address on back of stub.



# Glen Mcrae

**From:**   Mary [mpetit4@comcast.net]
**Sent:**   Saturday, February 17, 2007 2:50 PM
**To:**    Glen Mcrae
**Subject:** COPENGER PROPERTY IN BOSTON - update and questions

Hi Glen,

1.  I have a signed rental contract with first month's rent deposit for the second floor unit starting in May 2007 through August **2008**.  It will be rented to three women attending the Mass. College of Pharmacy.

2.  The first floor was rented as of January 2007 through August 2007. We expect them to renew, but are actively showing the apartment to have a back-up position.

3.  I am refinancing the property with Merrill Lynch. The current mortgage is with Merrill Lynch (the loan transferred to Cendant and then PHH Mortgage Services). I will be in touch with you in the next several weeks to provide a new loan number for your records. It was recently appraised at $590,000.00. **Do we need to get our coverage increased?**

4.  QUESTION:  When I had called you about the renovations my daughter and I were doing to the property, you seemed concerned that the property was vacant for a few months. I can understand that. I know I have kept you updated and you have kept our insurance company updated as well. **My question is : Is there a clause in our policy that does not provide for coverage if the property is vacant for a period of time? If so, what is that time period and did you get our insurance company's written ok to maintain coverage during the 4 months it was vacant (Sept through Dec. 2006)?** I know that is a moot point now, but I was curious about the coverage.

Regards, Mary

You can your reply or call me at (941) 505-2830 or my cell (941) 276-1150.

*SEE EMAIL TO INS9*
*3/8/07*

2/20/2007



Harleysville V. ⌐ster Insurance Company
Processing C⌐
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

# Harleysville.

# P R E M I U M   I N V O I C E

| | |
|---|---|
| Invoice Date: | 04/28/06 |
| Account/Policy: | 9G3633 |
| Agency Code: | 75-5638 |
| Payment Received: | $1,872.00 |
| Current Balance: | $1,945.00 |
| Minimum Due: | $389.00 |
| Due Date: | 05/22/06 |

*ORIG'L
TO
INS'D
5/4/06* (handwritten)

MARY      PETIT
1607 CASEY KEY DRIVE
PUNTAGORDA FL   33950

**Minimum due must reach us by the
due date or there will be no coverage
as of 12:01 a.m. on 05/22/06**

For assistance please contact your agent:
RODMAN INSURANCE AGENCY INC
at 781-247-7800

Dear Policyholder:

This is an offer to renew your policy.
Your renewal policy will become effective
when payment is received by the due
date of 05/22/06. If we do not receive
the minimum due by the due date, the
offer of renewal is withdrawn and there
will be no coverage under the policy as of
12:01 a.m. 05/22/06. If there is an
outstanding balance on the prior policy,
any payment received will be applied to
the balance.

Sign up for Electronic Funds Transfer -
Automatic, Convenient, NO INSTALLMENT FEES
with various payment plans including 12
pay. See enclosed brochure.

Thank you for your business!

| Policy | Exp. Date | Description | Balance | Minimum Due |
|---|---|---|---|---|
| BO 9G3633 | 05/07 | Business Owners | 1,945.00 | 389.00 |

IF YOU HAVE A CLAIM, CALL US WITHIN 24 HOURS AT 1-800-892-8877.
WE ARE OPEN TO TAKE YOUR CALLS 24 HOURS A DAY, 7 DAYS A WEEK.

**Payment Options (Installment fees are included)**

| Due Date | One-Pay | Two-Pay | Four-Pay | Nine-Pay |
|---|---|---|---|---|
| 05/22/06 | $1,945.00 | $972.50 | $486.25 | $389.00 |
| 06/22/06 | | | | $199.50 |
| 07/22/06 | | | $491.25 | $199.50 |
| 08/22/06 | | | | $199.50 |
| 09/22/06 | | | | $199.50 |
| 10/22/06 | | $977.50 | $491.25 | $199.50 |
| 11/22/06 | | | | $199.50 |
| 12/22/06 | | | | $199.50 |
| 01/22/07 | | | $491.25 | $199.50 |

**** Payment will determine Pay Plan Selected ****

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach and return this portion with your payment

# Harleysville.

Insured:   MARY      PETIT

Please indicate account/policy number on check
and make payable to Harleysville Insurance.

| | |
|---|---|
| Account/Policy: | 9G3633 |
| | BR 60   MAR |
| Current Balance: | $1,945.00 |
| Minimum Due: | $389.00 |
| Due Date: | 05/22/06 |

**Minimum due must reach us by the
due date or there will be no coverage
as of 12:01 a.m. on 05/22/06**

Harleysville Insurance
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002

Amount Paid:

If your address has changed, please cross out the
'Y' below and write new address on back of stub.







**Harleysville.**

*Good people to know*

RODMAN INSURANCE AGENCY INC
145 ROSEMARY ST BLDG A
NEEDHAM MA 02494

MARY    PETIT
1607 CASEY KEY DRIVE
PUNTAGORDA FL  33950

---

# PREMIUM
# INVOICE
# ENCLOSED

---

Thank you for choosing Harleysville for your commercial insurance needs. It's customers like you who have helped us reach our prominent standing as the insurance industry's premier underwriter of small businesses.

We are pleased to continue servicing your account and hope to build upon that relationship. Today and every day you're insured with Harleysville, we want you to be:

» **Pleased with our service** – We aim to provide superior value and personal attention to your needs, especially in our claims service. In fact, we are renowned for that.

» **Confident in our financial stability** – With $1.2 billion in annual sales, Harleysville ranks among the top 60 U.S. property and casualty insurance groups. Our overall financial performance has earned us an "A-" (Excellent) rating from A.M. Best.

» **Comfortable with our knowledge of your business** – From our underwriters and claims representatives to our loss control specialists, our staff is committed to ongoing professional development, recognizing that a solid understanding of your business is key to preserving it.

» **Fully protected** – We offer a comprehensive product menu with coverages that address the diverse risks associated with running a business.

What's more, Harleysville is committed to the independent agents who represent us. We believe an independent agent is a business owner's best ally – and that's why we have close relationships with the very best agents in the regions where we operate. By providing caring and responsive attention to your needs, those agents help to enhance Harleysville's reputation for being "Good People to know."

To see what our company has been doing to become an even greater asset to your business, we invite you to visit our Web site at www.harleysvillegroup.com.



ST-7457 (Ed. 6-03)

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| | CSR MG PETIT-1 | DATE (MM/DD/YYYY) 05/24/05 |
|---|---|---|

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| Rodman Insurance Agency, Inc.<br>145 Rosemary St., Bldg. A<br>Needham MA 02494-3238<br>Phone:781-247-7800  Fax:781-444-0090 | | |
| | INSURERS AFFORDING COVERAGE | NAIC # |
| INSURED<br><br>Mary Petit & Lisa N. Russo<br>Trustees of 11-125 Copenger<br>Nominee Trust<br>1607 Casey Key Drive<br>Punta Gorda FL 33950 | INSURER A: Harleysville Insurance | |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE [X] OCCUR | B09G3633 | 05/22/05 | 05/22/06 | EACH OCCURRENCE | $ 1000000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 100000 |
| | | | | | | MED EXP (Any one person) | $ 10000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1000000 |
| | | | | | | GENERAL AGGREGATE | $ 2000000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [ ] PRO-JECT [ ] LOC [ ] | | | | PRODUCTS - COMP/OP AGG | $ 2000000 |
| | | | | | | | |
| | | **AUTOMOBILE LIABILITY**<br>ANY AUTO | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ALL OWNED AUTOS<br>SCHEDULED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | HIRED AUTOS<br>NON-OWNED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY**<br>OCCUR [ ] CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION $ | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS [ ] OTH-ER [ ] | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | **OTHER**<br>Property Section<br>Replacement Cost | B09G3633 | 05/22/05 | 05/22/06 | Building<br>$1000 Ded | $379000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

Apartment building located at 11-15 Copenger St., Boston, Ma.

Merrill Lynch Credit Corp. ISAOA, ATIMA is included as a Mortgagee for this property - Loan #7079483751

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| MERRI-1<br><br>Merrill Lynch Credit Corp.<br>ISAOA, ATIMA<br>P.O. Box 5954<br>Springfield OH 45501 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                                © ACORD CORPORATION 1

MAIL TO .    :NT
75-5638


**arleysville.**
*ood people to know*

RODMAN INSURANCE AGENCY INC
145 ROSEMARY ST BLDG A
NEEDHAM MA 02494

MARY    PETIT
1607 CASEY KEY DRIVE
PUNTAGORDA FL  33950

---

**PREMIUM
INVOICE
ENCLOSED**

---

Thank you for choosing Harleysville for your commercial insurance needs. It's customers l ke you who have helped us reach our prominent standing as the insurance industry's premier und(rwriter of small businesses.

We are pleased to continue servicing your account and hope to build upon that relationship. Today and every day you're insured with Harleysville, we want you to be:

≫    **Pleased with our service** – We aim to provide superior value and personal attention :o your needs, especially in our claims service.  In fact, we are renowned for that.

≫    **Confident in our financial stability** – With $1.2 billion in annual sales, Harleysville ra nks among the top 60 U.S. property and casualty insurance groups.  Our overall financial performance has earned us an "A-" (Excellent) rating from A.M. Best.

≫    **Comfortable with our knowledge of your business** – From our underwriters and claims representatives to our loss control specialists, our staff is committed to ongoing professional development, recognizing that a solid understanding of your business is key to preser ring it.

≫    **Fully protected** – We offer a comprehensive product menu with coverages that addre ss the diverse risks associated with running a business.

What's more, Harleysville is committed to the independent agents who represent us.  We believe an independent agent is a business owner's best ally – and that's why we have close relationships with the very best agents in the regions where we operate.  By providing caring and responsive attention to your needs, those agents help to enhance Harleysville's reputation for being "Good People to know."

To see what our company has been doing to become an even greater asset to your busine ss, we invite you to visit our Web site at www.harleysvillegroup.com.

ST-7457 (Ed. 6-03)



Harleysville Wo'   'r Insurance Company
Processing Cen
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

# RENEWAL OFFER

| | |
|---|---|
| Invoice Date: | 03/23/05 |
| Account/Policy: | 9G3633 |
| Agency Code: | 75-5638 |
| Payment Received: | $1,662.00 |
| Current Balance: | $1,872.00 |
| Minimum Due: | $374.40 |
| Due Date: | 05/22/05 |

**Minimum due must reach us by the due date. There will be no coverage as of 12:01 a.m. on 05/22/05**

MARY      PETIT
1607 CASEY KEY DRIVE
PUNTAGORDA FL   33950

assistance please contact your agent:
AN INSURANCE AGENCY INC
81-247-7800

Policyholder:

renewal policy does not become
tive unless we receive the minimum
by 05/22/05. If we do not receive
minimum due by the due date, there
be no coverage under the policy as
:01 a.m. 05/22/05 and the offer of
wal is withdrawn. If there is an
anding balance on the prior policy
ayment received will be applied to
balance.

up for Electronic Funds Transfer
matic, convenient, NO INSTALLMENT FEES
various payment plans including 12
See enclosed brochure.

you for your business!

| Policy | Exp. Date | Description | Balance | Minimum Due |
|---|---|---|---|---|
| BO 9G3633 | 05/06 | Business Owners | 1,872.00 | 374.40 |

IF YOU HAVE A CLAIM, CALL US WITHIN 24 HOURS AT 1-800-892-8877.
WE ARE OPEN TO TAKE YOUR CALLS 24 HOURS A DAY, 7 DAYS A WEEK.

**Payment Options (Installment fees are included)**

| Due Date | One-Pay | Two-Pay | Four-Pay | Nine-Pay |
|---|---|---|---|---|
| 05/22/05 | $1,872.00 | $936.00 | $468.00 | $374.40 |
| 06/22/05 | | | | $192.20 |
| 07/22/05 | | | $473.00 | $192.20 |
| 08/22/05 | | | | $192.20 |
| 09/22/05 | | | | $192.20 |
| 10/22/05 | | $941.00 | $473.00 | $192.20 |
| 11/22/05 | | | | $192.20 |
| 12/22/05 | | | | $192.20 |
| 01/22/06 | | | $473.00 | $192.20 |

**** Payment will determine Pay Plan Selected ****

---

Detach and return this portion with your payment


arleysville

ured:   MARY      PETIT

se indicate account/policy number on check
make payable to Harleysville Insurance.

Harleysville Insurance
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002

| | |
|---|---|
| Account/Policy: | 9G3633 |
| | BR 60   MAR |
| Current Balance: | $1,872.00 |
| Minimum Due: | $374.40 |
| Due Date: | 05/22/05 |

**Minimum due must reach us by the due date. There will be no coverage as of 12:01 a.m. on 05/22/05**

Amount Paid:

If your address has changed, please cross out the
'Y' below and write new address on back of stub.

# ACORD™ CERTIFICATE ⌐ LIABILITY INSURANCE

| | | CSR MG PETIT-1 | DATE (MM/DD/YYYY) 04/01/04 |
|---|---|---|---|

**PRODUCER**

Rodman Insurance Agency, Inc.
145 Rosemary St., Bldg. A
Needham MA 02494-3238
Phone: 781-247-7800  Fax: 781-444-0090

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE** — NAIC #

**INSURED**

Mary Petit
1607 Casey Key Drive
Punta Gorda FL 33950

| | |
|---|---|
| INSURER A: | Harleysville Insurance |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY ☐ CLAIMS MADE X OCCUR | B09G3633 | 05/22/04 | 05/22/05 | EACH OCCURRENCE | $ 1000000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 100000 |
| | | | | | | MED EXP (Any one person) | $ 10000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1000000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | GENERAL AGGREGATE | $ 2000000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 2000000 |
| | | **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** ☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $ |
| | | | | | | AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** ☐ OCCUR ☐ CLAIMS MADE ☐ DEDUCTIBLE ☐ RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | **OTHER** Property Section Replacement Cost | B09G3633 | 05/22/04 | 05/22/05 | Building 364000 $1000 Ded | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

Apartment building located at 11-15 Copenger St., Boston, Ma.

Merrill Lynch Credit Corp. ISAOA, ATIMA is included as a Mortgagee for this property - Loan #7079483751

## CERTIFICATE HOLDER

MERRI-1

Merrill Lynch Credit Corp.
ISAOA, ATIMA
P.O. Box 5954
Springfield OH 45501

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 25 (2001/08)                                                                © ACORD CORPORATION 1

# Harleysville.

Harleysville Worcester Insurance Company

120 Front Street, Suite 500 • Worcester, MA 01608-1408

www.harleysvillegroup.com

# FAX COVER SHEET

**TO:**  Company  _Rodman In._

Name  _Glenn_

Department  _____  Fax number  _(781) 444-0090_

**FROM:**  Company  _Harleysville Worcest In_

Name  _Kerry Polalowski_

Department  _____  Phone number  _____

Number of pages, including cover sheet  _____

Date sent  _10/17/05_    Time sent  _____

To send reply – (Fax) number    (508) 752.7903

Note:  Please call  (800) 225.7387    for confirmation, trouble in transmission or if you do not receive all pages.

Comments:

_attached is endorsement BO-7468 — Amendment_

_of Personal and Advertising Injury._

Confidentiality Notice:

The information contained on this facsimile message and any attachment is confidential information intended only for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication, please notify us by telephone. Thank you

This endorsement modifies insurance provided by the following:

**BUSINESS OWNERS POLICY**

BO-7418
(Ed. 9-01)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDMENT OF PERSONAL INJURY AND ADVERTISING INJURY COVERAGE

Under Section II, Business Owners Liability Coverage, exclusion p. is replaced by the following:

B. Exclusions

    p.  "Personal injury" or "advertising injury":

       (1)  Arising out of oral or written publications of material, if done by or at the direction of the insured with knowledge of its falsity;

       (2)  Arising out of oral or written publications of material whose first publication took place before the beginning of the policy period;

       (3)  Arising out of the willful violation of penal statute or ordinance committed by or with the consent of the insured;

       (4)  For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

       (5)  Committed by an insured whose business is:

           (a)  Advertising, broadcasting, publishing or telecasting;
           (b)  Designing or determining content of web-sites for others; or
           (c)  An Internet search, access, content or service provider.

          However, this exclusion does not apply to paragraphs 10.a., b. and c. of "personal injury" under paragraph F. Liability And Medical Expenses Definitions.

          For the purpose of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

       (6)  Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

       (7)  Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

          However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

          **"Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

           (a)  Notices that are published include material placed on the Internet or on similar electronic means of communication; and
           (b)  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purpose of attracting customers or supporters is considered an advertisement.

(8) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

Under paragraph F. Liability And Medical Expenses Definition, definitions 1, 4, 10 and 12 are replaced by the following:

F.    Liability And Medical Expenses Definitions

1.    **"Advertising Injury"** means injury arising out of one or more of the following offenses:

a.    Oral, written, televised or videotaped publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b.    Oral, written, televised or videotaped publication, in any manner, of material that violates a person's right of privacy;

c.    Misappropriation of advertising ideas or style of doing business; or

d.    Infringement of copyright, title or slogan.

4.    **"Coverage Territory"** means:

a.    The United States of America (including its territories and possessions), Puerto Rico and Canada;

b.    International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in paragraph a. above; or

c.    All other parts of the world if the injury or damage arises out of:

(1)    Goods or products made or sold by you in the territory described in paragraph a. above;

(2)    The activities of a person whose home is in the territory described in paragraph a. above, but is away for a short time on your business; or

(3)    "Personal injury" and "Advertising injury" offenses that take place through the Internet or similar electronic means of communication; provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in paragraph a. above or in a settlement we agree to.

10.   **"Personal Injury"** means injury other than "bodily injury", arising out of one or more of the following offenses:

a.    False arrest, detention or imprisonment;

b.    Malicious prosecution or abuse of process;

c.    Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

d.    Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e.    Oral or written publication, in any manner, of material that violates a person's right of privacy.

f.    Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

(1)    Not done intentionally or at the direction of:

(a)    The insured; or

(b)    Any executive officer, director, stockholder, partner or member of the insured; and

(2)    Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

12. "**Property Damage**" means:

    a.  Physical injury to tangible property, including all resulting loss of use of that property; or
    b.  Loss of use of tangible property that is not physically injured.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

BO-7418 (Ed. 9-01)

# QUAKER SPECIAL RISK

A division of the Quaker Agency of MA, Inc.

October 23, 2003

Risk #:20636-0029965

Glen McRae
Rodman Insurance Agency, Inc.
145 Rosemary Street #A
Needham, MA 02494

Phone:(781) 247-7800
Fax:  (781) 444-0090

RE:    Mary Petit  (HUSBAND "FRANK")

Dear Glen:

We are pleased to provide you with the following premium **Quotation**. Please review this carefully as it may vary from what you requested. Not all of the terms and conditions of the policy are listed. **In order to bind coverage we must receive a written request prior to the effective date.**

**COMPANY:**    PENN-AMERICA INSURANCE COMPANY
A.M. Best Rating A- (VIII) As Of 08/07/2003

TENANT AND RELOC INSURED

## COMMERCIAL PROPERTY COVERAGE

### LIMITS OF LIABILITY

| Prem # | Bldg # | Coverage | Limit Of Insurance | Co-Ins | Valuation | Covered Causes Of Loss |
|---|---|---|---|---|---|---|
| 1 | 1 | Building | $465,000 | 90% | RC | Special |

**DEDUCTIBLE(S):** $2,500

RENTS — 500 (?) WOULD BE ABOUT 3>> MONT

Forms and Conditions:

| | |
|---|---|
| IL0017 | Common Policy Conditions |
| PA01411 | Policyholder Notice |
| S1001 | Service Of Suit |
| S1003 | Minimum Earned Premium: 30% |
| S1003 | Premium Minimum & Deposit |
| S1009 | Privacy Policy Notice |
| IL0969 | Limited Terrorism Exclusion (Other than Certified Acts of Terrorism); Cap on Losses from Certified Acts of Terrorism; Coverage for Certain Fire Losses |
| IL0974 | Limited Terrorism Exclusion (Other than Certified Acts of Terrorism); Cap on Losses from Certified Acts of Terrorism |
| CP0010 | Building & Personal Property Coverage Form |
| CP0090 | Commercial Property Conditions |
| CP1030 | Cause of Loss - Special |
| | Location(s): |
| IL0415 | Protective Safeguard Endorsement |
| | P9 - Functional Smoke Detectors in all units |

QUAKER SPECIAL RISK

Risk # : 20636-0029965 - Mary Petit

A division of the Quaker Agency of MA, Inc.

## COMMERCIAL GENERAL LIABILITY COVERAGE

### LIMITS OF LIABILITY

| OPTION | General Aggregate Limit | Product / Completed Operations Aggregate | Personal / Advertising Injury | Each Occurrence Limit | Fire Damage Limit | Medical Expenses Limit |
|---|---|---|---|---|---|---|
| 1 | $2,000,000 | SEE EACH OCC LIMIT | $1,000,000 | $1,000,000 | $50,000 | $5,000 |

### DEDUCTIBLE(S): $500

Forms and Conditions:

| | |
|---|---|
| IL0017 | Common Policy Conditions |
| PA01411 | Policyholder Notice |
| S1001 | Service Of Suit |
| S1003 | Minimum Earned Premium: 30% |
| S1003 | Premium Minimum & Deposit |
| S1009 | Privacy Policy Notice |
| CG2171 | Limited Terrorism Exclusion (Other than Certified Acts of Terrorism); Cap on Losses from Certified Acts of Terrorism |
| CG2176 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG0001 | Commercial General Liability Coverage |
| CG0062 | War Liability Exclusion |
| CG2147 | Employment-related Practices Exclusion |
| CG2155 | Total Pollution |
| IL0021 | Nuclear |
| CG2160 | Exclusion - Y2K |
| S2002 | Punitive Damages, Asbestos, Earth Movement |
| CG2167 | Exclusion - Mold, Fungus, Bacteria, Virus and Organic Pathogen |
| S2007 | Contractual Liability Amendment |
| S2033 | Lead Contamination Exclusion |
| CG2144 | Limitation of Coverage to Designated Premises: |
| S2005 | Assault & Battery Exclusion |
| S2069 | Independent Contractors Exclusion |

## SUBJECTIVITIES:

Subject to Satisfactory Inspection

Signed Original Affidavit

Quotation valid for 30 days

### PRIOR TO BINDING:

1) Receipt of signed Terrorism Risk Act Policyholder Disclosure Form with coverage EITHER Accepted OR Rejected (ATTACHED).

2) Original Application Signed by the Insured

# QUAKER SPECIAL RISK

Risk # : 20636-0029965 - Mary Petit

A division of the Quaker Agency of MA. Inc.

| | |
|---|---|
| **Annual Premium:** | $4,970.00 |
| **Inspection Fee:** | $200.00 |
| **Surplus Lines Tax:** | $198.80 |
| **TRIA Premium:** | $248.50 |
| **TRIA Taxes:** | $9.94 |
| **Total:** | $5,627.24 |

QUOTE VALID UNTIL: 11/22/2003
COMMISSION TO YOUR OFFICE: 10%

Thank you for the opportunity to quote this account.  We hope we are honored with an order to bind.

Regards,

James Andreoli, CPCU
Sr. Account Executive
Phone:   (508) 755-6210
Fax:      (508) 753-0646
Email:    jandreoli@quakerma.com

Coverage is not bound until confirmed by our office.  Thank you for your business.

Please note: This quote does not necessarily provide the terms and/or coverage requested in your submission.



| NOTICE-OFFER OF TERRORISM COVERAGE AND DISCLOSURE OF PREMIUM |
|---|

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, *as defined in Section 102(1) of the Act:* The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States--to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**You should know that any coverage for losses caused by certified acts of terrorism is partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The premium charged for this coverage is provided below and does not include any charges for the portion of loss covered by the federal government under the act.**

**You should know that under federal law, you are <u>not</u> required to purchase coverage for losses caused by certified acts of terrorism**

## REJECTION OR SELECTION OF TERRORISM INSURANCE COVERAGE

If you choose not to purchase coverage for certified acts of terrorism, you should indicate so in the section below by signing and dating in the space provided.

If you choose to purchase coverage for certified acts of terrorism, you should indicate so in the section below and remit the quoted premium amount indicated below.

| ☐ | I hereby acknowledge that I have been notified of my right to purchase coverage for certified acts of terrorism and that I voluntary elect not to purchase such coverage. I understand that I will have no coverage for losses arising from acts of terrorism as defined above. |
|---|---|
| ☐ | I hereby elect to purchase coverage for certified acts of terrorism for a premium of $<u>248.50.</u> |

|  | PENN-AMERICA INSURANCE COMPANY |
|---|---|
| Applicant's Name | Insurance Company |
|  |  |
| Authorized Signature | Date |
|  |  |
| Print Name | Policy Number / Effective Date |

S1010 (11/02)                                                                                     Page 1 of 5

## AFFIDAVIT BY ASSURED

Affidavit #:▓▓▓▓

I, We <u>Mary Petit</u> of, do hereby state that in _____ /20___, l/We directed <u>Rodman Insurance Agency, Inc.</u> my/our Insurance Broker to obtain insurance against certain risks as described herein. My/Our Insurance Broker informed us that the required insurance could not be obtained from, or could not be written by, companies licensed or admitted to transact business in the Commonwealth of Massachusetts.

I/We, the Assured, was/were informed that the type and amount of insurance shown below could be obtained from certain insurers not admitted to transact business in the Commonwealth. I/We was/were further informed:

A.   The surplus lines insurer with whom the insurance was placed is not licensed in this state and is not subject to Massachusetts regulations.

B.   In the event of the insolvency of the surplus lines insurer, losses will not be paid by the state insurance guaranty fund.

Signature by Assured _____

Print Name <u>Mary Petit</u> _____

Date _____

### THIS PORTION MUST BE COMPLETED AND SIGNED BY THE ORIGINAL BROKER

Name of Insured          Mary Petit                    Address 1607 Casey Key Drive  Punta Gorda, FL
Location of Property                    ,
Description:
Coverage:                Package - BA
Limit:                                                 Premium:

I/We hereby verify that I/We explained the foregoing to the insured and it was acknowledged that he/she understood such.

SS/Fed. Tax ID          _____Signature: _____        Date: ___/___/___

A copy of this affidavit must be kept in the original broker's file and a copy must be given to the assured at the time said copy was completed by him/her.

### AFFIDAVIT BY SPECIAL BROKER

I, <u>Karin I. Branscombe</u> of The <u>Quaker Insurance Agency of MA, Inc</u> in said county of <u>Worcester</u> depose and say that I was engaged directly by the Assured named herein or informed by the Assured's Insurance licensed Agent/Broker that after diligent efforts, he/she is unable to procure in companies admitted to do business in this Commonwealth the amount and/or type of insurance necessary to protect the insurable interests described above. This Affidavit is made to comply with the requirements of Section 168 of Chapter 175 of the General Laws, and to authorize me as a licensed special insurance broker under said section to procure insurance for said insurable interests beyond that which companies admitted to do business in the Commonwealth are willing to write thereon. The following companies or groups are among those which have accepted all or part thereof:

| COMPANY | NAIC# | POLICY# | PREMIUM |
|---|---|---|---|
| PENN-AMERICA INSURANCE COMPANY | 32859 | | |

Amendments to Affidavit: ( ) Increase                              ( ) Decrease

I hereby verify the foregoing statements and declare that they were under penalties of perjury.

SS/Fed. Tax ID <u>04-2720438</u> _____Signature _____        Date ___/___/___

A copy of this affidavit must be kept in the Special Brokers File and the original filed with the Division of Insurance of the Commonwealth of Massachusetts within twenty days following date of procurement.