

# MELICK, PORTER & SHEA, LLP
### COUNSELLORS AT LAW

Kathleen A. Bugden
(617) 502-9686
FAX: (617) 502-9786
kbugden@melicklaw.com

September 27, 2007

RICHARD J. SHEA
ROBERT P. POWERS
JOHN F. ROONEY, III *(CT, DC & NH)
WILLIAM D. CHAPMAN
MICHAEL J. MAZURCZAK *(NY & WI)
ROBERT T. TREAT
WILLIAM L. KEVILLE, JR.
MICHAEL R. BYRNE
ANDRE A. SANSOUCY
ROBERT R. HAMEL, JR.
JENNIFER B. HARDY
MAUREEN E. LANE *(NH)
ADAM M. GUTTIN *(RI)
T. DOS URBANSKI *(RI)
MEGAN E. KURES
MATTHEW GRYGORCEWICZ
JESSICA M. FARRELLY *(FL)
DEBRA I. LERNER *(DC & TX)
ALEXANDRA POWER
ERIN J.M. ALARCON *(NH)
J. PAUL VANCE, JR. (CT ONLY)
ERIN K. DESMARAIS *(NH)
DENNIS M. LINDGREN
GREGORY M. BOUCHER *(NH)
NICOLE L. COOK *(NH)
ANDREW M. MCKINNEY
KATHLEEN A. BUGDEN
RAYMOND H. TOMLINSON, JR.
DINA M. SCHIAVO
JOHN A. CALETRI *(RI)
CINDY PEAN
SHANNON M. MCQUEENEY

OF COUNSEL
THOMAS W. PORTER, JR.
DONNA M. MARCIN
VINCENT P. DUNN *(NH)
JOHN J. REARDON

*ALSO ADMITTED

28 STATE STREET
BOSTON, MA 02109
(617) 523-6200
FAX (617) 523-8130

49 WEYBOSSET STREET
PROVIDENCE, RI 02903
(401) 941-0909
FAX (401) 941-6269

65 BANK STREET
WATERBURY, CT 06702
(203) 596-0500
FAX (203) 596-0040

1087 ELM STREET, SUITE 302
MANCHESTER, NH 03101
(603) 627-4278

MELICKLAW.COM

Mr. William P. McGovern, Jr.
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110

   Re: *Vermont Mutual Ins. Co. v. Mary E. Petit and Frank Petit, Trustees of*
     *93A Hillside Street Nominee Trust, et. al.*
     *Civil Action No.: 06-CA-11212*

Dear Mr. McGovern:

  Pursuant to the above-referenced matter, enclosed please find the following:

1. RODMAN INSURANCE AGENCY, INC'S SUPPLEMENTAL RESPONSES TO SCHEDULE A DEPOSITION SUBPOENA.

The attached documents represent the remainder of Rodman Insurance Agency's complete claim file for Mary Petit, Lisa Nicole Russo Lafortune, 93A Hillside Street Nominee Trust, and 11-15 Copenger Street Nominee Trust. We have withheld only those activity notes from July 27, 2007 through the present that pertain to the subject deposition subpoena.

  As discussed, in light of this complete document production, please indicate whether you will still be requiring the deposition of Rodman Insurance Agency employee, Glen McRae.

  Thank you for your attention to this matter.

      Very truly yours,

      *Kathleen A. Bugden*

      Kathleen A. Bugden



**Customer Note Listing - PETIT-1** on 09/20/2007 by GLENM page 1

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Mary Petit & Lisa N. Russo | **Client #** PETIT-1 | **Ph-R** | | |
| **Attn** | Tr 11-16 Coppenger Nominee Tr | **Conglom #** | **Ph-B** 941-505-2830 | | |
| **Street** | 1607 Casey Key Drive | **Agency** 1 | **Ph-F** 941-505-2009 | | |
| **City** | Punta Gorda    **St** FL | **Branch** 1 | **Note** | | |
| **Zip** | 33950 | **Broker** | | | |
| **Hdg** | Mary Petit    **Csr** MG | **Code** C2 **Pr** ET | **Ocp** APARTMENT BLDG | | |

**Entered by** MG    **Last Entry** 09/19/2007    **Re** NEW LOC
8/27/07- gave SS copies of emails { see "K" file" } regarding 10/06 emails concerning 93 A Hillside location

**Entered by** MG    **Last Entry** 11/10/2006    **Re** NEW LOC
10/10/06- "Mary"/insd called- wants surplus quote on new property
10/11/06- -called "mary"/insd , left message, need SPECS again to re-quote
10/12/06- "Mary"/insd called- gave me SPECS again - send to excess for quote
10/13/06- called and faxed Jim/Quaker
10/24/06- email back from Jim/Quaker, ?'s before he can quote
11/9/06- adfaxed insd w ?'s - still want quote ?
SEE EMAIL BACK FROM INSD
11/10/06 - BEck has file- do nothing, she'll handle it

**Entered by** MG    **Last Entry** 11/10/2006    **Re** RENOVATIONS
10/10/06 --- Mary/Insd called- vacant since 8/31 - renovations being done - bathrrooms, floors/doors/walls reapainted-- called Lisa/CO -- "OK" - just let her know when they are occupied again
11/9/06- adfaxed insd
11/10/06- emailed Lisa/Co reply back from insd

**Entered by** MG    **Last Entry** 08/27/2007    **Re** NEW LOC
10/3/06- "Mary"/insd called- VM - said she has "new property, unique circumstances" - said to call her back @ 941-505-2830
10/4/06- got email from insd- gave it ET - called "Mary"/insd - VM , wait tohear from ET before moving on this
10/5/06- talked to ET - best in this case to tell insd it's best to stay with Vermont Mutual-- called "Mary"/insd-- "ok"

**Entered by** MG    **Last Entry** 10/08/2003    **Re** 2ND LOCATION?
10/8/03- INSD CALLED - POSSIBLE 2ND LOCATION SEE 10/8 MEMO TO KERRY/UNDERWRITING - FAXED IT IN {PER INSD- THIS WILL CLOSE AROUND 11/14/03 , MAYBE SOONER}

CAN WE ADD AS 2ND LOCATION?

# Glen McRae

**From:** Mary
**Date:** Tuesday, October 3, 2006, 3:59pm
**To:** Glen Mcrae
**Cc:**
**Subject:** INSURANCE POLICY

Hi Glen,

I left you a voice message, but thought I would give you some further info in this email.

I am shopping for a dwelling fire and liability policy for a property located at 93A Hillside St., Boston MA 02120-2808. Earlier this year there was a fire at the property. The building is not a total loss, but it is uninhabitable, boarded up, and we are awaiting settlement on our insurance. I have a renewal notice from the existing insurance company, but want to shop it because of the condition of the property.

It is a 3 family house with basement circa 1920s. The estimate to rebuild the property to pre-fire standards is about $500,000. The inside is completely destroyed, therefore, info about electrical, plumbing, smoke detectors, etc. is irrelevant. I cannot get the property re-assessed by the tax department until January 2007.

Would you have an insurance company that is willing to insure the remains of the building? No rent loss protection is required until we rebuild and re-rent. I would want liability insurance and also insurance on the structure.

Please contact me at your earliest convenience. The existing policy runs out the beginning of November.

Thanks,

Mary E. Petit
(941) 505-2830

I have a current policy with Harleysville (through you) for 11-15 Copenger St., Boston. The Policy # B09G3633

-----------------------------------------------------------------------
I am using the free version of SPAMfighter for private users.
It has removed 108 spam emails to date.
Paying users do not have this message in their emails.
Try SPAMfighter for free now!



*Established 1935*

# RODMAN INSURANCE AGENCY, INC.

145 Rosemary Street, Bldg. A, Needham, MA 02494  •  Tel:(781)247-7800  •  Fax:(781)444-0090  •  www.rodmanins.com

SUMNER RODMAN, CLU, LIA • BERTRAM RODMAN, CPCU • PHILIP NYMAN, CPCU • SHELDON GROSSER, CPCU, CLU • JAMES RODMAN, CIC • JEFFREY GROSSER, CPCU
LEE SHULMAN, LIA • STEVEN SHULMAN, ESQ, CIC • ANDREW ALTMAN • MYRON MICHALS • EVAN TOBASKY, CIC • MARK MARKELL • DOUGLAS HALL

## FACSIMILE TRANSMITTAL SHEET

| To: | From: |
|---|---|
| **James Andreoli** | Glen McRae |
| Company: | Email: |
| **Quaker Ins** | **gmcrae@rodmanins.com** |
| Fax number: | Date: |
| **508-753-0646** | October 13, 2006 |
| Re: | Total no. of pages including cover: |
| **Mary Petit** | **several** |

NOTES/COMMENTS:

Jim,

$500,000 Building
Currently insured with Vermont Mutual
Fire occurred 3/06
Company is disputing claim due to the fact that building was occupied by STUDENTS

3375 Sq feet
Frame
Year Built 1920
Updates 2000
3 stories
Pitched roof
Current policy due to be renewed effective 11/14/06, $2328

Insured is in litigation with company—no settlement yet, all boarded up, vacant
Not expected to be settled for a year.

Please provide quote

Glen McRae
Rodman Ins
Fax 781-444-0090
Email gmcrae@rodmanins.com
Phone 781-247-7899 X 807

# Glen McRae

**From:** Mary
**Date:** Thursday, November 9, 2006, 5:10pm
**To:** Glen Mcrae
**Cc:**
**Subject:** BOSTON PROPERTIES

Hi Glen,

Got your fax.

Re: 11-15 Copenger Street Property - - -

1. We are expecting occupancy January 1, 2007. The units were vacated Sept. 1st 2006.

2. The bathrooms in both units have been remodeled.

3. The repairs to several walls of sheetrock have been completed.

4. Several inner doors have been replaced and all door and window jambs sanded.

5. The floors have been sanded. The back entries to both units have been tiled.

6. The final painting and polypropylene coating to the floors of the bottom 3-bedroom unit will be completed tomorrow.

7. The final painting and polypropylene coating to the floors of the upper 4-bedroom unit will be completed by the end of November.

8. I am maintaining the water, gas and electric utilities while the building is vacant. Each day the construction supervisor sets the thermostat to 65 degrees to ensure no damage to pipes from the cold weather. The building is locked and secured each day.

9. The property is actively being shown and we expect a rental agreement for January 1st.

Re: 93A Hillside Street Property - - -

1. The cause of the previous fire was an unattended candle burning in the second unit bedroom. The arson investigation stated that the fire was unintentional.

2. Since the insurance claim is not yet settled, we were advised not to remove anything from the inside of the building. All the windows are boarded up and the doors locked. The outside of the property was cleaned up and all debris disposed of properly. The property is not repaired.

3. The $500,000 is the insured value of the buildling. The estimate from our public adjustor to repair the building to pre-fire conditions is slightly more than $500,000.

4. We still want a quote on insuring this building.

Thanks, Mary Petit

---------------------------------------------------------------------------

I am using the free version of SPAMfighter for private users.
It has removed 125 spam emails to date.
Paying users do not have this message in their emails.
Try SPAMfighter for free now!

# Glen McRae

**From:** Glen Mcrae
**Date:** Friday, November 10, 2006, 1:06pm
**To:** 'Landgren, Lisa'
**Cc:**
**Subject:** FW: BOSTON PROPERTIES

Lisa,

RE: MARY PETIT , pol # B09G3633,
Please see enclosed reply from insd , simply information for file.

PLEASE NOTE I HAVE A DIRECT PHONE NUMBER:
Glen McRae
Rodman Insurance Agency, Inc.
145 Rosemary St., #A
Needham, MA 02494
Phone: 781-247-7807
Fax: (781)444-0090

Got your fax.

Re: 11-15 Copenger Street Property - - -

1.  We are expecting occupancy January 1, 2007. The units were vacated Sept. 1st 2006.

2.  The bathrooms in both units have been remodeled.

3.  The repairs to several walls of sheetrock have been completed.

4.  Several inner doors have been replaced and all door and window jambs sanded.

5.  The floors have been sanded. The back entries to both units have been tiled.

6.  The final painting and polypropylene coating to the floors of the bottom 3-bedroom unit will be completed tomorrow.

7.  The final painting and polypropylene coating to the floors of the upper 4-bedroom unit will be completed by the end of November.

8.  I am maintaining the water, gas and electric utilities while the building is vacant. Each day the construction supervisor sets the thermostat to 65 degrees to ensure no damage to pipes from the cold weather. The building is locked and secured each day.

9.  The property is actively being shown and we expect a rental agreement for January 1st.

Re: 93A Hillside Street Property - - -

1.  The cause of the previous fire was an unattended candle burning in the second unit bedroom. The arson investigation stated that the fire was unintentional.

2.  Since the insurance claim is not yet settled, we were advised not to remove anything from the inside of the building. All the windows are boarded up and the doors locked. The outside of the property was cleaned up and all debris disposed of properly. The property is not repaired.

3.  The $500,000 is the insured value of the buildling. The estimate from our public adjustor to repair

the building to pre-fire conditions is slightly more than $500,000.

4.  We still want a quote on insuring this building.

Thanks, Mary Petit

-------------------------------------------------------------------------
I am using the free version of SPAMfighter for private users.
It has removed 125 spam emails to date.
Paying users do not have this message in their emails.
Try SPAMfighter for free now!

## Glen McRae

**From:** Becky Flagg
**Date:** Friday, November 17, 2006, 9:09am
**To:** Evan Tobasky; Glen Mcrae
**Cc:**
**Subject:** 93A Hillside - Mary Petite

---

Since we were not able to do anything on this new location for the insured I'm tossing out all the marketing information we have on the risk. If in the future the insured asks us to quote we will need to get all new info anyway because hopefully if we work on again the building will be renovated.

This is the one that was the boareded up vacant building destroyed inside by fire.

***PLEASE NOTE I HAVE A NEW DIRECT PHONE NUMBER***

Becky Flagg
Director of Marketing
Rodman Insurance Agency, Inc.
145 Rosemary St. Bldg A
Needham, MA  02494
781-247-7816
781-444-0090 fax
bflagg@rodmanins.com

# Glen McRae

**From:** Mary
**Date:** Tuesday, November 28, 2006, 2:56pm
**To:** Glen Mcrae
**Cc:**
**Subject:** Re: BOSTON PROPERTIES

Hi Glen,

The first floor of the Copenger property (the 3-bedroom unit) is rented for January 1, 2007. The renters are three older students from Northeastern University. They work 50% of the year and have academics 50% of the year.

The second floor is not yet finished with the renovations but is expected to be done the first full week in December. It is currently being shown by the rental agents in town.

I will send you additional updates as I get them.

Mary Petit


----- Original Message -----
From: Mary
To: gmcrae@rodmanins.com
Sent: Thursday, November 09, 2006 5:10 PM
Subject: BOSTON PROPERTIES


Hi Glen,

Got your fax.

Re: 11-15 Copenger Street Property - - -

1. We are expecting occupancy January 1, 2007. The units were vacated Sept. 1st 2006.

2. The bathrooms in both units have been remodeled.

3. The repairs to several walls of sheetrock have been completed.

4. Several inner doors have been replaced and all door and window jambs sanded.

5. The floors have been sanded. The back entries to both units have been tiled.

6. The final painting and polypropylene coating to the floors of the bottom 3-bedroom unit will be completed tomorrow.

7. The final painting and polypropylene coating to the floors of the upper 4-bedroom unit will be completed by the end of November.

8. I am maintaining the water, gas and electric utilities while the building is vacant. Each day the construction supervisor sets the thermostat to 65 degrees to ensure no damage to pipes from the cold weather. The building is locked and secured each day.

9. The property is actively being shown and we expect a rental agreement for January 1st.

Re:  93A Hillside Street Property - - -

1.  The cause of the previous fire was an unattended candle burning in the second unit bedroom. The arson investigation stated that the fire was unintentional.

2.  Since the insurance claim is not yet settled, we were advised not to remove anything from the inside of the building. All the windows are boarded up and the doors locked. The outside of the property was cleaned up and all debris disposed of properly. The property is not repaired.

3.  The $500,000 is the insured value of the buildling. The estimate from our public adjustor to repair the building to pre-fire conditions is slightly more than $500,000.

4.  We still want a quote on insuring this building.

Thanks, Mary Petit

-----------------------------------------------------------------------------
I am using the free version of SPAMfighter for private users.
It has removed 125 spam emails to date.
Paying users do not have this message in their emails.
Try SPAMfighter for free now!

-----------------------------------------------------------------------------
I am using the free version of SPAMfighter for private users.
It has removed 129 spam emails to date.
Paying users do not have this message in their emails.
Try SPAMfighter for free now!

Customer Activities Listing - PETIT-1    on 09/20/2007  by GLENM    page 1

**Name** Mary Petit & Lisa N. Russo          **Client #** PETIT-1        **Ph-R**
**Attn** Tr 11-16 Coppenger Nominee Tr    **Conglom #**                 **Ph-B** 941-505-2830
**Street** 1607 Casey Key Drive                **Agency** 1            **Ph-F** 941-505-2009
**City** Punta Gorda          **St** FL        **Branch** 1            **Note**
**Zip** 33950                                  **Broker**
**Hdg** Mary Petit              **Csr** MG     **Code** C2 **Pr** ET    **Ocp** APARTMENT BLDG

---

Saturday 05/17/03 CLOSED KN    **Catg** FAXE **Type** BOP  **Op** KN  **Pr** ET  **CSR** MG **Entered** 05/16/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** MSC **on** 05/17/2003
**Desc** faxed binder to client's bank       **Plan**          **Closed** 05/16/2003
**Note**

Sunday 06/15/03 CLOSED MG    **Catg** BIND **Type** BOP  **Op** AR  **Pr** ET  **CSR** MG **Entered** 05/16/2003
**Amount** 1513              **Co** HVL    **Success** Y    **Action** MBF **on** 06/15/2003
**Desc** BINDER ISSUED                       **Plan**          **Closed** 06/09/2003
**Note**

Sunday 06/15/03 CLOSED AR    **Catg** LTRI **Type** BOP  **Op** AR  **Pr** ET  **CSR** MG **Entered** 05/16/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** LTR **on** 06/15/2003
**Desc** LETTER TO INSURED                   **Plan**          **Closed** 05/16/2003
**Note** sent binder and welcome

Thursday 06/05/03 CLOSED MG    **Catg** APBA **Type** BOP  **Op** AR  **Pr** ET  **CSR** MG **Entered** 05/16/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** CIN **on** 06/05/2003
**Desc** App. back from insured?            **Plan**          **Closed** 05/27/2003
**Note** **to file 5/27/03

Friday 07/11/03 CLOSED AR    **Catg** MEMO **Type** BOP  **Op** AR  **Pr** ET  **CSR** MG **Entered** 05/16/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** MEM **on** 07/11/2003
**Desc** sent binder/habitational           **Plan**          **Closed** 05/16/2003
**Note** worksheet to Kerry

Saturday 05/17/03 CLOSED MG    **Catg** TRAN **Type** BOP  **Op** AR  **Pr** ET  **CSR** MG **Entered** 05/16/2003
**Amount** 1513              **Co** HVL    **Success** Y    **Action** CL  **on** 05/17/2003
**Desc** ACCT TRANSFERRED TO ACCT EXEC      **Plan**          **Closed** 05/16/2003
**Note**

Thursday 05/29/03 CLOSED MG    **Catg** CALL **Type** BOP  **Op** MG  **Pr** ET  **CSR** MG **Entered** 05/19/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** MSC **on** 05/29/2003
**Desc** Mary/insd called- is mailing       **Plan**          **Closed** 05/22/2003
**Note** full pay, $1513, here to us, made payable to Harleysville-
needs to see "full paid" for closing **ignore this per insd 5/23/03

Thursday 06/19/03 CLOSED MG    **Catg** MISC **Type** BOP  **Op** MG  **Pr** ET  **CSR** MG **Entered** 05/20/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** MSC **on** 06/19/2003
**Desc** per insdds email - when            **Plan**          **Closed** 06/09/2003
**Note** pol comes in- chnage NAME to : Mary E. Petit & Lisa N. Russo
as  Trustees of the 11-15 Copenger Nominee Trust

Thursday 06/19/03 CLOSED MG    **Catg** MISC **Type** BOP  **Op** MG  **Pr** ET  **CSR** MG **Entered** 05/20/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** MSC **on** 06/19/2003
**Desc** be sure to tell ins co             **Plan**          **Closed** 06/09/2003
**Note** the names of beneficiairies per insd

Friday 06/20/03 CLOSED MG    **Catg** BIND **Type** BOP  **Op** MG  **Pr** ET  **CSR** MG **Entered** 05/21/2003
**Amount** 0                **Co** HVL    **Success** Y    **Action** MBF **on** 06/20/2003
**Desc** faxed binder to insd,              **Plan**          **Closed** 06/09/2003
**Note** revised , 5/20/03- with FLL NAME OIF Trust on it

Customer Activities Listing - PETIT-1          on 09/20/2007  by GLENM  Page 2

Catg MEMO Type BOP Op MG Pr ET CSR MG Entered 05/28/2003
Amount 0          Co HVL    Success Y    Action MEM on 07/23/2003
Desc SENT IN INSDS CHECK FOR          Plan          Closed 05/28/2003
Note $1513 TO HARLEYSVILLE , PAYMENT IN FULL

Catg CHCR Type BOP Op MG Pr ET CSR MG Entered 06/09/2003
Amount 0          Co HVL    Success Y    Action MCR on 08/08/2003
Desc EFF 5/22/03- change          Plan          Closed 07/22/2003
Note name of pol to read name of trust{ Mary Petit and Lisa N Russo
as Trustees of 11-15 Copenger Nominee TRust }

Catg MEMO Type BOP Op MG Pr ET CSR MG Entered 10/08/2003
Amount 0          Co HVL    Success Y    Action MEM on 10/27/2003
Desc mARY/iNSD CALLED- POSSIBLE          Plan          Closed 10/24/2003
Note 2ND LOCATION - SEE NOTES/MEMO **called Kerry/Underwriting
10/10/03 - vm

Catg CALL Type BOP Op MG Pr ET CSR MG Entered 10/10/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/27/2003
Desc Kerry/Und called-          Plan          Closed 10/24/2003
Note VM - no Worcester/Harleysville will NOT insure 2nd location
due  to college students - see BECKY - he also faxed "NO" response

Catg MISC Type BOP Op MG Pr ET CSR MG Entered 10/15/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/27/2003
Desc per BEcky- try QUAKER, but          Plan          Closed 10/24/2003
Note call insd first- want a surplus quote?

Catg CALL Type BOP Op MG Pr ET CSR MG Entered 10/16/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/28/2003
Desc called Kerry/und'  VM          Plan          Closed 10/27/2003
Note what is "END T # BO 7418- 'Amendment of Pers Inj Adv" ?? is it
NOT covered? *called Kerry/Und 10/17**AGAIN 10/21**again 10/24

Catg FAXE Type BOP Op MG Pr ET CSR MG Entered 10/17/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/27/2003
Desc faxed in quote to Quaker          Plan          Closed 10/24/2003
Note fro 2nd location **CALLED jIM / qUAKER 10/22/03- VM

Catg FAXE Type BOP Op MG Pr ET CSR MG Entered 10/23/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/27/2003
Desc faxe from Jim A / Quaker          Plan          Closed 10/24/2003
Note loss runs? does prop have porches? ---called
insd---emailed/faxed Jim back- no loss runs, new business,
porc/deks on all 3 units

Catg FAXE Type BOP Op MG Pr ET CSR MG Entered 10/24/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/27/2003
Desc got fax from Jim A / Quaker          Plan          Closed 10/24/2003
Note $5627.24 incl TERROR ---called him back - VM - does this
include TEN RELOC and BUS INC/RENTS ?

Catg CALL Type BOP Op MG Pr ET CSR MG Entered 10/24/2003
Amount 0          Co HVL    Success Y    Action MSC on 10/27/2003
Desc bILL bROWN/ne metro realty          Plan          Closed 10/24/2003
Note CALLED - @ 860-919-0815 - TOLD HIM I CALLED INSD AND GAVE
'FRANK'/HUSBAND THE QUOTE- WAITING TO HEAR FROM INSD

Customer Activities Listing - PETIT-1    on 09/20/2007 by GLENM page 3

---

Monday    Catg CALO  Type BOP   Op MG   Pr ET   CSR MG  Entered 10/24/2003
10/27/03    Amount 0                    Co HVL    Success Y    Action MSC on 10/27/2003
CLOSED    Desc CALLED JIM/QUAKER                    Plan         Closed 10/27/2003
MG        Note CANT ADD biz inc/ALS- HAS TO AD SPRCIFIC RENTS - SAID $50k
WOULD BE ABOUT $300 MORE

---

Monday    Catg CALO  Type BOP   Op MG   Pr ET   CSR MG  Entered 10/24/2003
10/27/03    Amount 0                    Co HVL    Success Y    Action MSC on 10/27/2003
CLOSED    Desc CALLED "fRANK"/hUSBAND              Plan         Closed 10/27/2003
MG        Note GAVE HIM QUAker quote- told him 30% min earned - about $59000
with terror, agreed to wait to hear from him

---

Saturday    Catg CALI  Type BOP   Op MG   Pr ET   CSR MG  Entered 10/24/2003
10/25/03    Amount 0                    Co HVL    Success Y    Action MSC on 10/25/2003
CLOSED    Desc Mary/Insd called- found            Plan         Closed 10/24/2003
MG        Note another carrier for 2nd location - called Jim/Quaker- VM -
told  him to close it

---

Tuesday    Catg CALO  Type BOP   Op MG   Pr ET   CSR MG  Entered 10/27/2003
10/28/03    Amount 0                    Co HVL    Success Y    Action MSC on 10/28/2003
CLOSED    Desc called "Kerry"/Underwriting        Plan         Closed 10/27/2003
MG        Note VM - can we make sure PERS INJ ADV is on pol?

---

Tuesday    Catg CALI  Type BOP   Op MG   Pr ET   CSR MG  Entered 10/27/2003
10/28/03    Amount 0                    Co HVL    Success Y    Action MSC on 10/28/2003
CLOSED    Desc Kerrry/Underwriting called         Plan         Closed 10/27/2003
MG        Note VM - said PERS INJ is NOT excluded- said that it does not
apply  to "paragraph 10A B C" - meaning 'unlawful entry, etc IS
covered

---

Monday    Catg MISC  Type BOP   Op SH   Pr ET   CSR MG  Entered 11/10/2003
11/24/03    Amount 0                    Co HVL    Success Y    Action MSC on 11/24/2003
CLOSED    Desc gave Pkg file to BF for audit      Plan         Closed 11/24/2003
MG        Note

---

Saturday    Catg RENP  Type BOP   Op CN   Pr ET   CSR MG  Entered 03/26/2004 11:50AM
03/27/04    Amount 0                    Co HVL    Success Y    Action CL  on 03/27/2004
CLOSED    Desc RENEWAL POLICY PROCESSED           Plan         Closed 03/26/2004
MG        Note

---

Friday    Catg CERT  Type BOP   Op AR   Pr ET   CSR MG  Entered 04/01/2004 01:10PM
04/02/04    Amount 0                    Co HVL    Success Y    Action CL  on 04/02/2004
CLOSED    Desc Issued Merrill Lynch               Plan         Closed 04/03/2004
AB        Note

---

Thursday    Catg CALI  Type BOP   Op MG   Pr ET   CSR MG  Entered 11/17/2004 03:08PM
11/18/04    Amount 0                    Co HVL    Success Y    Action MSC on 11/18/2004
CLOSED    Desc Mary/insd called-                  Plan         Closed 11/17/2004
MG        Note askeed about RENTS - called Erica/Co, verfied, no need to
"increase" the coverage, covered for ALS

---

Wednesday    Catg CERT  Type BOP   Op AR   Pr ET   CSR MG  Entered 05/24/2005 12:04PM
05/25/05    Amount 0                    Co HVL    Success Y    Action CL  on 05/25/2005
CLOSED    Desc Issued Merrill Lynch               Plan         Closed 05/26/2005
AR        Note

Customer Activities Listing    PETTM-1         on 09/20/2007  by GLENM  page 4

**Tuesday**
**07/19/05**
**CLOSED**
**AR**

**Catg** MEMO **Type** BOP   **Op** AR   **Pr** ET   **CSR** MG **Entered** 05/24/2005 12:06PM
**Amount** 1872            **Co** HVL     **Success** Y    **Action** MEM **on** 07/19/2005
**Desc** sent renwl to insd.                **Plan**        **Closed** 05/24/2005
**Note**

**Tuesday**
**07/19/05**
**CLOSED**
**AR**

**Catg** MEMO **Type** BOP   **Op** AR   **Pr** ET   **CSR** MG **Entered** 05/24/2005 01:22PM
**Amount** 0                **Co** HVL     **Success** Y    **Action** MEM **on** 07/19/2005
**Desc** sent renwl to insd.                **Plan**        **Closed** 05/24/2005
**Note**

**Wednesday**
**03/15/06**
**CLOSED**
**MG**

**Catg** CALL **Type** BOP   **Op** MG   **Pr** ET   **CSR** MG **Entered** 03/14/2006 03:08PM
**Amount** 0                **Co** HVL     **Success** Y    **Action** MSC **on** 03/15/2006
**Desc** MARY/INSD CALLED- VM               **Plan**        **Closed** 03/14/2006
**Note** building limit? rents? called her back - VM

**Thursday**
**05/25/06**
**CLOSED**
**MG**

**Catg** RENP **Type** BOP   **Op** PC   **Pr** ET   **CSR** MG **Entered** 05/24/2006 12:19PM
**Amount** 0                **Co** HVL     **Success** Y    **Action** CL **on** 05/25/2006
**Desc** 06-07 Pkg Rnwl                     **Plan**        **Closed** 05/24/2006
**Note**

**Friday**
**10/06/06**
**CLOSED**
**MG**

**Catg** MISC **Type** BOP   **Op** MG   **Pr** ET   **CSR** MG **Entered** 10/03/2006 03:52PM
**Amount** 0                **Co** HVL     **Success** Y    **Action** MSC **on** 10/06/2006
**Desc** NOTES - NEW LOC                    **Plan**        **Closed** 10/05/2006
**Note**

**Tuesday**
**12/05/06**
**CLOSED**
**MG**

**Catg** MISC **Type** BOP   **Op** MG   **Pr** ET   **CSR** MG **Entered** 10/10/2006 11:31AM
**Amount** 0                **Co** HVL     **Success** Y    **Action** MSC **on** 12/05/2006
**Desc** NOTES- renovations                 **Plan**        **Closed** 11/10/2006
**Note**

**Tuesday**
**12/05/06**
**CLOSED**
**MG**

**Catg** MISC **Type** BOP   **Op** MG   **Pr** ET   **CSR** MG **Entered** 10/10/2006 11:31AM
**Amount** 0                **Co** HVL     **Success** Y    **Action** MSC **on** 12/05/2006
**Desc** NOTES- new loc                     **Plan**        **Closed** 11/10/2006
**Note**

**Friday**
**11/17/06**
**CLOSED**
**BF**

**Catg** EMAL **Type** PROP  **Op** BF   **Pr** ET   **CSR** MG **Entered** 11/16/2006 01:45PM
**Amount** 0                **Co** QUA     **Success** Y    **Action** FOL **on** 11/17/2006
**Desc** from Jim @ QUA no market           **Plan**        **Closed** 11/16/2006
**Note** due to condition of bldg (vacant, boarded up & destroyed
inside  by fire) he has no markets interested. Since insd does have
a    renewal offer from Vt Mutual asked Evan to call insd and let
her know we could not do anything for her.

**Thursday**
**03/08/07**
**CLOSED**
**MG**

**Catg** EMAL **Type**       **Op** MG   **Pr** ET   **CSR** MG **Entered** 11/28/2006 03:14PM
**Amount** 0                **Co**        **Success** Y    **Action** FOL **on** 03/08/2007
**Desc** BOP - E-MAIL from  "Mary"/Insd    **Plan**        **Closed** 03/08/2007
**Note** updates on occupancy ** send to co if they request , check
again closer to renewal {11/29/06} **see file , email from insd
2/17/07**emailed her back 2/22/07- she asked about INCREASE IN
COVERAGE and VACANCY issues - see email **emailed insd 3/8/07-
close this

**Tuesday**
**05/08/07**
**CLOSED**
**MG**

**Catg** FLDE **Type**       **Op** TF   **Pr** ET   **CSR** MG **Entered** 05/08/2007 12:08PM
**Amount** 0                **Co**        **Success** Y    **Action** CL **on** 05/08/2007
**Desc** Flood determination                **Plan**        **Closed** 05/08/2007
**Note** attached

Customer Activities Listing - PETITE-1 on 09/20/2007 by GLENN   page 5

| Tuesday 05/08/07 CLOSED MG | Catg FLDE Type | Op TF | Pr ET | CSR MG | Entered 05/08/2007 12:47PM |
|---|---|---|---|---|---|
| | Amount 0 | Co | Success Y | Action CL | on 05/08/2007 |
| | Desc Flood determination | | Plan | Closed | 05/08/2007 |
| | Note attached | | | | |

| Thursday 05/10/07 CLOSED MG | Catg RENP Type BOP | Op MG | Pr ET | CSR MG | Entered 05/10/2007 01:03PM |
|---|---|---|---|---|---|
| | Amount 0 | Co HVL | Success Y | Action CL | on 05/10/2007 |
| | Desc RENEWAL POLICY PROCESSED | | Plan | Closed | 05/10/2007 |
| | Note | | | | |

| Saturday 06/09/07 CLOSED MG | Catg RENE Type BOP | Op JW | Pr ET | CSR MG | Entered 05/10/2007 01:43PM |
|---|---|---|---|---|---|
| | Amount 0 | Co HVL | Success Y | Action CCO | on 06/09/2007 |
| | Desc RENEWAL POLICY IN? | | Plan | Closed | 05/31/2007 |
| | Note Invoice mailed out 5/10/07 jw | | | | |

| Tuesday 05/22/07 CLOSED MG | Catg EMAL Type BOP | Op MG | Pr ET | CSR MG | Entered 05/18/2007 01:21PM |
|---|---|---|---|---|---|
| | Amount 0 | Co HVL | Success Y | Action FOL | on 05/22/2007 |
| | Desc E-MAIL from i nsd | | Plan | Closed | 05/22/2007 |
| | Note units are now all occupied | | | | |