PAGE.01                7814440090                              OCT 08 2003 13:49

### M E M O                                                    Page 1

| ACCOUNT NO | OF | DATE |
|---|---|---|
| PETIT-1 | MG | 10/08/03 |

POLICY INFORMATION

| POLICY # | | |
|---|---|---|
| B09G3633 | | |
| TYPE | | EFFECTIVE | EXPIRATION |
| BOP | | 05/22/03 | 05/22/04 |

**Harleysville Insurance**
355 Maple Avenue
Harleysville, PA 19447

CUSTOMER: Mary Petit

*TO: Kerry / Underwriting*

*Po 99 3633*

*attach*

ATTENTION : KERRY / UNDERWRITING

INSURED HAS PROSPECTIVE SECOND LOCATION

93 A HILLSIDE AVE
BOSTON, MA

BUILT IN 1905 , NEW ROOF WITHIN LAST 3 YEARS, ALL OTHER UPDATES WITH
LAST 10 YEARS
3 STORIES
INSURED OWNS / RENTS IT OUT
FRAME/WOOD W/ ALUMINUM SIDING
3 UNITS - ONE ON EACH FLOOR
SECOND FLOOR TEMPORARILY VACANT, SHOULD BE RENTED BY 1/04
ALL RESIDENTIAL APARTMENTS, NO COMMERCIAL TENANTS
SQUARE FOOTAGE : 2100 SQUARE FEET TOTAL
NOT SPRINKLERED, OR ALARMED, SMOKE DETECTORS ARE IN PLACE
TENANTS ARE COLLEGE STUDENTS
PITCHED ROOF

INSURED WANTS $465,000 BUILDING COVERAGE, ALL OTHER COVERAGES SAME AS
LCOATION #1

PLEASE LET ME KNOW IF THIS CAN BE ADDED AS 2ND LOCATION TO EXISITNG
POLICY

*Glen,*                                                        *10/00/03*

*We do not write habitational when*
*the majority of units are student*
*occupied ! Any questons, please give*
*me a call.*

Glen McRae

## Landgren, Lisa

| | |
|---|---|
| **From:** | Glen Mcrae [gmcrae@rodmanins.com] |
| **Sent:** | Friday, November 10, 2006 1:06 PM |
| **To:** | Landgren, Lisa |
| **Subject:** | FW: BOSTON PROPERTIES |

Lisa,

RE: MARY PETIT , pol # B09G3633,
Please see enclosed reply from insd , simply information for file.

PLEASE NOTE I HAVE A DIRECT PHONE NUMBER:
Glen McRae
Rodman Insurance Agency, Inc.
145 Rosemary St., #A
Needham, MA 02494
Phone: 781-247-7807
Fax: (781)444-0090

Got your fax.

Re: 11-15 Copenger Street Property - - -

1.  We are expecting occupancy January 1, 2007. The units were vacated Sept. 1st 2006.

2.  The bathrooms in both units have been remodeled.

3.  The repairs to several walls of sheetrock have been completed.

4.  Several inner doors have been replaced and all door and window jambs sanded.

5.  The floors have been sanded. The back entries to both units have been tiled.

6.  The final painting and polypropylene coating to the floors of the bottom 3-bedroom unit will be completed tomorrow.

7.  The final painting and polypropylene coating to the floors of the upper 4-bedroom unit will be completed by the end of November.

8.  I am maintaining the water, gas and electric utilities while the building is vacant. Each day the construction supervisor sets the thermostat to 65 degrees to ensure no damage to pipes from the cold weather. The building is locked and secured each day.

9.  The property is actively being shown and we expect a rental agreement for January 1st.

Re:  93A Hillside Street Property - - -

1.  The cause of the previous fire was an unattended candle burning in the second unit bedroom. The arson investigation stated that the fire was unintentional.

2.  Since the insurance claim is not yet settled, we were advised not to remove anything from the inside of the building. All the windows are boarded up and the doors locked. The outside of the property was cleaned up and all debris disposed of properly. The property is not repaired.

3.  The $500,000 is the insured value of the buildling. The estimate from our public adjustor to repair the building to pre-fire conditions is slightly more than $500,000.

1

4.  We still want a quote on insuring this building.

Thanks, Mary Petit

---------------------------------------------------------------------------

I am using the free version of SPAMfighter for private users. It has removed 125 spam emails to date. Paying users do not have this message in their emails. Try SPAMfighter for free now!

Case 1:06-cv-11212-JLT   Document 131-13   Filed 06/07/09   Page 4 of 16

9G3633

PROGRAM ID  YP38060                    H A R L E Y S V I L L E   I N S U R A N C E            CURRENT DATE   5/16/03

                                              H-NET AGENT ENTERED TRANSACTIONS
                                                   CYCLE DATE 05/15/03

        BRANCH    60  WORCESTER

        AGENT    75-5638    RODMAN INSURANCE AGENCY INC            UNDERWRITER: KSCHABOW

        POLICY/QUOTE#  NAME OF INSURED          TRANSACTION TYPE   EFFECTIVE DATE    PREMIUM      TYPE OF BUSINESS

         QO 5S1032    $MARY PETIT                  NEW BUSINESS       05/22/03    $  1,513.00     RESIDENTIAL
              REFERRAL CODE:    304 - MORE THAN 15% CREDIT APPLIED

    TOTAL NUMBER OF TRANSACTIONS AGENT SUBMITTED: 0001      TOTAL PREMIUM: $    1,513.00

T64

60010
6S13



# RODMAN INSURANCE AGENCY, INC.
### 145 ROSEMARY STREET BLDG. A
### NEEDHAM, MASSACHUSETTS 02494-3238
### (781) 247-7800 • FAX (781) 444-0090

| MEMO | | Page 1 |
|---|---|---|
| ACCOUNT NO. OP. | DATE | |
| PETIT-1    AR | 05/16/03 | |
| POLICY INFORMATION | | |
| POLICY # | | |
| BINDER | | |
| TYPE | EFFECTIVE | EXPIRATION |
| BOP | 05/22/03 | 05/22/04 |

## Worcester Insurance Company
**120 Front Street**
**Worcester, MA  01608**

CUSTOMER:   Mary Petit

Kerry Schabowski                                    Re:  Mary Petit

Please find attached our insurance binder/worksheet/habitational survey
for the above named.  Please set this up as a direct bill for the $1513
annual premium on your monthly installment plan.

Please call me if you need anything else.

Keith Noonan (a)

*Erica*
*Agent quoted thru*
*H-Net*
*Policy #*
*canceled ?.*
*Kerry*

RECEIVED '03 MAY 19 AM 8:15

## RODMAN INSURANCE AGENCY, INC.

# ACORD. INSURANCE BINDER

| | | | CSR MG | DATE 05/16/03 |
|---|---|---|---|---|

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

| PRODUCER | PHONE (A/C, No, Ext): 781-247-7800 781-444-0090 | COMPANY Harleysville Insurance | | BINDER # 25059 |
|---|---|---|---|---|

Rodman Insurance Agency, Inc.
145 Rosemary St., Bldg. A
Needham MA 02494-3238

Evan Tobasky

| | EFFECTIVE DATE | TIME | | EXPIRATION DATE | | TIME |
|---|---|---|---|---|---|---|
| | 05/22/03 | | AM | 06/21/03 | X | 12.01 AM |
| | | | PM | | | NOON |

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: PETIT-1

**DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)**
Location: 001 Building: 001
To cover two unit residential building at
11-15 Copenger Street, Boston, MA 02120

**INSURED**

Mary Petit
1607 Casey Key Drive
Punta Gorda FL 33950

## COVERAGES

LIMITS

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| PROPERTY CAUSES OF LOSS BASIC [ ] BROAD [X] SPEC [X] Replacement Cost | BUILDING LOSS OF RENTS TENANT RELOC. | 1000 | 100 | 350000 ALS INCLUDED |

| GENERAL LIABILITY | | | |
|---|---|---|---|
| [X] COMMERCIAL GENERAL LIABILITY | | EACH OCCURRENCE | $1000000 |
| [ ] CLAIMS MADE [X] OCCUR | | FIRE DAMAGE (Any one fire) | $100000 |
| | | MED EXP (Any one person) | $5000 |
| | | PERSONAL & ADV INJURY | $1000000 |
| | | GENERAL AGGREGATE | $2000000 |
| | RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | $2000000 |

| AUTOMOBILE LIABILITY | | | |
|---|---|---|---|
| | | COMBINED SINGLE LIMIT | $ |
| ANY AUTO | | BODILY INJURY (Per person) | $ |
| ALL OWNED AUTOS | | BODILY INJURY (Per accident) | $ |
| SCHEDULED AUTOS | | PROPERTY DAMAGE | $ |
| HIRED AUTOS | | MEDICAL PAYMENTS | $ |
| NON-OWNED AUTOS | | PERSONAL INJURY PROT | $ |
| | | UNINSURED MOTORIST | $ |
| | | | $ |

| AUTO PHYSICAL DAMAGE DEDUCTIBLE | [ ] ALL VEHICLES [ ] SCHEDULED VEHICLES | | |
|---|---|---|---|
| COLLISION: | | ACTUAL CASH VALUE | |
| OTHER THAN COL: | | STATED AMOUNT | $ |
| | | OTHER | |
| GARAGE LIABILITY | | AUTO ONLY - EA ACCIDENT | $ |
| ANY AUTO | | OTHER THAN AUTO ONLY: | |
| | | EACH ACCIDENT | $ |
| | | AGGREGATE | $ |

| EXCESS LIABILITY | | | |
|---|---|---|---|
| | | EACH OCCURRENCE | $ |
| UMBRELLA FORM | | AGGREGATE | $ |
| OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | SELF-INSURED RETENTION | $ |
| | | WC STATUTORY LIMITS | |
| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | | E.L. EACH ACCIDENT | $ |
| | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | E.L. DISEASE - POLICY LIMIT | $ |

| SPECIAL CONDITIONS/ OTHER COVERAGES | Subject to policy terms and conditions. | FEES | $ |
|---|---|---|---|
| | | TAXES | $ |
| | | ESTIMATED TOTAL PREMIUM | $ |

## NAME & ADDRESS

| | [X] MORTGAGEE [ ] LOSS PAYEE | ADDITIONAL INSURED |
|---|---|---|
| Merrill Lynch Credit Corporati P.O. Box 5954 Springfield OH 45501-5954 | LOAN # AUTHORIZED REPRESENTATIVE | |

ACORD 75-S (1/98)    NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE    © ACORD CORPORATION 1993



**Harleysville Insurance Companies**

## HABITATIONAL SURVEY FOR AGENTS

| Name and address (number/street/town) | Agency |
|---|---|
| MARY PETT <br> 11-15 COPENGER ST. BOSTON | ROOMAN INSURANCE |

**PLEASE PROVIDE DETAILS FOR THE FOLLOWING ITEMS:**

| 1. | Building condition and updates: | | | | | | |
|---|---|---|---|---|---|---|---|

| Overall condition of property: | ☐ excellent | ☒ good | ☐ ave | ☐ fair | ☐ below ave |
|---|---|---|---|---|---|

| Age of roof: <br> ☐ Flat roof  ☒ Pitched roof | 1995 | Year of electrical system updates: | 1995 | Property deleaded? | ☑ Yes <br> ☐ No |
|---|---|---|---|---|---|
| Year of heating system updates: | 1995 | Year of plumbing system updates: | 1995 | | ☐ Property built post 1965. |

| 2. | Tenant's care for the property: <br><br> GENERAL UP KEEP |
|---|---|
| 3. | Crime/Vandalism/Malicious mischief exposure: <br><br> NONE EVIDENT |
| 4. | Is the building undergoing renovations or repairs at this time? ☐ Yes ☒ No If yes, explain |
| 5. | What percentage of apartments/dwelling units are presently occupied?  100 % |
| 6. | Is the building presently for sale? ☐ Yes ☒ No |
| 7. | Annual rents: $ 42,000 |

| 8. | Year purchased: | 2003 | Purchase price: | $ |
|---|---|---|---|---|

**ADDITIONAL COMMENTS:**

**PLEASE PROVIDE FRONT AND REAR PHOTOGRAPHS OF THE BUILDING.**

| TO FOLLOW <br><br> FRONT | TO FOLLOW <br><br> REAR |
|---|---|

NOTE: Specific limits must be listed on the application for rents and outbuildings if you desire to cover these exposures.

_____ Agent's Signature

_____5/16/03_____ Date

 

Page 1 of 1

## Harleysville Worcester Insurance Company
## Deluxe Business Owners Quote

| Applicant | Producer |
|---|---|
| MARY PETIT<br>1607 CASEY KEY DRIVE<br>PUNTAGORDA FL 33950 | RODMAN INSURANCE AGENCY INC<br>145 ROSEMARY ST BLDG A<br>NEEDHAM MA 02494 |

Quote No: IQ 0A8261

| Effective Date:05/01/03 | Expiration Date:05/01/04 | Term: | Today's date:05/15/03 |
|---|---|---|---|

This is a quotation only, and does not constitute a binding contract. Quotation is valid for 30 days. This quote is subject to normal broker of record letter procedures in the event that there is a duplicate submission received.

Thank you for giving us the opportunity to prepare this commercial insurance premium quotation. The quoted premiums were developed under our current rating plans using the information you provided. This quotation may be subject to change, or be withdrawn, if later underwriter analysis develops information which differs significantly from that provided. If we quoted more than one line of insurance, credits, if any, are applied under the assumption that we will write the entire account.

### IMPORTANT

In order to comply with the Terrorism Risk Insurance Act of 2002, it is necessary that one of the forms below, state specific, be attached to all quotes from Harleysville Insurance. You can obtain this form on our Agent Link.
ST-7428 (02/03) - Georgia
ST-7429 (02/03) - New York
ST-7394 (12/02) - All Other States

## Building Coverages

| Description | Ded | | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1000 | | 001/001 | | | | | | | | | |
| State | | | MA | | | | | | | | | |
| Territory | | | 001 | | | | | | | | | |
| Class | | | 65138 | | | | | | | | | |
| Protection | | | 02 | | | | | | | | | |
| Construction | | | Frame | | | | | | | | | |
| Interest | | | Resdnce | | | | | | | | | |
| Building | | Limit | 350000 | | | | | | | | | |
| | | Prem | 1504 | | | | | | | | | |

## Liability Limits

| Business Liability | | |
|---|---|---|
| Each Occurence | | 1,000,000 |

## Optional Coverages       State=MA

| Description | Num of Empl | Num Of Loc | Limit | Premium |
|---|---|---|---|---|

## Additional Interest Premium

| | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg |
|---|---|---|---|---|---|---|---|---|---|---|
| Policywide | | | | | | | | | | |

## Additional Endorsement Premium

| | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg | Loc/Bldg |
|---|---|---|---|---|---|---|---|---|---|---|
| Policywide | | | | | | | | | | |

| | |
|---|---|
| Subtotal: | 1513.00 |
| All Other Coverage Premium | 0.00 |
| Surcharges: | 0.00 |
| Total Premium: | 1513.00 |

 

| Interest | | | | |
|---|---|---|---|---|
| X Additional Insured: | MERRILL LYNCH CREDIT CORPORATI<br>ISAOA<br>P.O. BOX 5954<br>SPRINGFIELD OH 45501<br>Loan#: 7079483751 | | | Secured Loss Payee |
| Mortgagee | | | | Certificate Holder |
| Loss Payee | | | | Contract of Sale |
| Lenders Loss Payee | | | Certificate Required | Insurable Property Interest |
| Joint Loss Payee | | | | |

Other:

**QUOTED MESSAGES**

OK'D DISCOUNT WITH KERRY VIA PHONE. PLEASE ISSUE POLICY AS QUOTED.

Notice of Insurance Information Practices
PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTION ON HOW TO SUBMIT A REQUEST TO US.

Any Person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and civil penalties.

| Applicants<br>Signature | | Date<br>05/15/03 | Producers<br>Signature | |
|---|---|---|---|---|

```
Program-ID YP3644C          Commercial Lines System        Curr date 05/15/03
                            Underwriter Referral
                     Cycle    4426 Cycle date 05/15/03 EVE         faced
                                                                  Direct Bill
User ID : 755638                                                  Worcester
Underwriter : KSCHABOW

Policy No :  QO  5S1032
Trans type : New Business Quote
Insured :  $MARY PETIT

Effective date :  05/22/03              Agent :  RODMAN INSURANCE AGENCY INC
                                        Code  :  75-5638    Phone: 781-247-7800


Code - Reason :
304    MORE THAN 15% CREDIT APPLIED
```

Message

## Barrell, Meredith

**From:** Barrell, Meredith
**Sent:** Thursday, March 17, 2005 1:21 PM
**To:** 'Glen Mcrae'
**Subject:** Mary E Petit & Lisa N Russo 9G3633

Hello Glen,

I am looking at the renewal for the above. We have the hab. survey in file...Thank you. Do you have pictures of the property in you file that you can forward?

Thank you,    *Inspection Contact'.*

Meredith

Meredith Barrell
Commercial Lines Associate Underwriter
Harleysville Worcester Insurance Company
508-751-8480-phone
508-752-7903-fax
mbarrell@harleysvillegroup.com

---

**Don't miss a production opportunity with our inland marine department. We're looking for business; account or stand alone. Our loss ratio was 19% in 2004 with 22% growth!**

*Call Paula Guyette at 800-225-7387 x8206.*

E-mail: pguyette@harleysvillegroup.com

**Profit + Growth + Retention = Harleysville Inland Marine**

---

3/17/2005

OCT 08 2003 13:49

| MEMO | | | Page 1 |
|------|--|--|--------|
| **ACCOUNT NO** | **OP** | **DATE** | |
| PETIT-1 | MG | 10/08/03 | |
| POLICY INFORMATION | | | |
| **POLICY #** | | | |
| B09G3633 | | | |
| **TYPE** | | **EFFECTIVE** | **EXPIRATION** |
| BOP | | 05/22/03 | 05/22/04 |

**Harleysville Insurance**
355 Maple Avenue
Harleysville, PA 19447

**CUSTOMER:** Mary Petit

*To: Kerry / Underwriting*

ATTENTION : KERRY / UNDERWRITING

INSURED HAS PROSPECTIVE SECOND LOCATION

93 A HILLSIDE AVE
BOSTON, MA

*Po 99 3633*

*attach*

BUILT IN 1905 , NEW ROOF WITHIN LAST 3 YEARS, ALL OTHER UPDATES WITH
LAST 10 YEARS
3 STORIES
INSURED OWNS / RENTS IT OUT
FRAME/WOOD W/ ALUMINUM SIDING
3 UNITS = ONE ON EACH FLOOR
SECOND FLOOR TEMPORARILY VACANT, SHOULD BE RENTED BY 1/04
ALL RESIDENTIAL APARTMENTS, NO COMMERCIAL TENANTS
SQUARE FOOTAGE : 2100 SQUARE FEET TOTAL
NOT SPRINKLERED, OR ALARMED, SMOKE DETECTORS ARE IN PLACE
TENANTS ARE COLLEGE STUDENTS
PITCHED ROOF

INSURED WANTS $465,000 BUILDING COVERAGE, ALL OTHER COVERAGES SAME AS
LCOATION #1

PLEASE LET ME KNOW IF THIS CAN BE ADDED AS 2ND LOCATION TO EXISITNG
POLICY

Glen McRae

*Glen,* *10/00/03*

*We do not write habitations when the majority of units are student occupied! Any questions, please give me a call.*

CK # 4916    5-30-03

Rodman Ins

**Harleysville Insurance**
355 Maple Avenue
Harleysville, PA 19441

CUSTOMER:    Mary Petit

| M E M O | | | Page 1 |
|---|---|---|---|
| ACCOUNT NO. PETIT-1 | OP MG | DATE 05/28/03 | |
| POLICY INFORMATION | | | |
| POLICY # BINDER | | | |
| TYPE BOP | | EFFECTIVE 05/22/03 | EXPIRATION 05/22/04 |

96-3633
5-22-04

MAY 3 0 2003

INSUREDS CHECK FOR $1513 ENCLOSED
PAYMENT IN FULL

Glen McRae

RECEIVED
03 MAY 30   9:48
HARLEYSVILLE INSURANCE

# ACORD™  COMMERCIAL POLICY CHANGE REQUEST

| | | OP ID | | DATE (MM/DD/YY) |
|---|---|---|---|---|
| | PETIT-1 | | | 06/09/03 |

| | | | PROPERTY | | GENERAL LIABILITY | X | BOP |
|---|---|---|---|---|---|---|---|
| PRODUCER | PHONE (A/C, No, Ext): 781-24?-7800 | POLICY TYPE | INLAND MARINE | | AUTO/TRUCKERS | | |
| | | | UMBRELLA | | WORKERS COMP | | |

Rodman Insurance Agency, Inc.
145 Rosemary St., Bldg. A
Needham MA 02494-3238

RECEIVED 03 JUN 10 AM 9:51

| COMPANY | NAIC CODE: |
|---|---|
| Harleysville Insurance | TIMES REQUESTED: 1 |

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: | |

ATTENTION:

| INSURED'S NAME | POLICY NUMBER | EFFECTIVE DATE OF CHANGE |
|---|---|---|
| Mary E. Petit and Lisa N. Russo | B09G3633 | 05/22/03 |
| INSURED'S MAILING ADDRESS IF CHANGED (INC ZIP+4) | POLICY INCEPTION DATE | POLICY EXPIRATION DATE |
| as Trustees of 11-15 Copenger Nominee Trust | 05/22/03 | 05/22/04 |

HARLEYSVILLE MORC INS CO

THIS IS AN ACKNOWLEDGEMENT OF YOUR REQUEST. UPON APPROVAL, THE COMPANY'S RECORDS WILL BE ADJUSTED ACCORDINGLY, AND IF A PREMIUM ADJUSTMENT IS REQUIRED, IT WILL BE DONE AT PREMIUM AUDIT OR BY ENDORSEMENT.

## PREMISES INFORMATION

| | | | | ADD | CHANGE | DELETE | |
|---|---|---|---|---|---|---|---|

| LOC# | BLD# | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| | | | INSIDE | OWNER | | |
| | | | OUTSIDE | TENANT | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

| | | | ADD | CHANGE | DELETE |
|---|---|---|---|---|---|

| LOC# | BLD# | |
|---|---|---|
| | | ATTACH |

## AUTO-VEHICLE DESCRIPTION/LIMITS

| | POLICY LIMIT(S) CHANGED | ADD | CHANGE | DELETE | SYM/AGE | COST NEW |
|---|---|---|---|---|---|---|

| VEH# | YEAR | MAKE: | BODY TYPE: | | | | | | | $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MODEL: | V.I.N.: | | | | | | | | |
| | | | TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM | |

| CITY, STATE, ZIP WHERE GARAGED | | | | ADD'L NO FAULT | UNDRINS MOTOR TOWING & LABOR | F | LSP | DEDUCTIBLES | ACV | COMP | SPEC C OF L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DRIVE TO WORK/SCHOOL | USE | COMM'L | CHECK COVERAGES | LIAB | MED PAY | FT | COMP | AA | ST AMT | $ | |
| UNDER 15 MILES | PLEASURE | RETAIL | | NO FAULT | UNINS MOTOR | FTW | COLL | $ | | $ | COLL |
| 15 MILES OR OVER | FARM | SERVICE | | ADD'L NO FAULT | SPEC C OF L | | | | | | |
| LIABILITY | | NO FAULT | | | MEDICAL PAYMENTS | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS | | |
| $ | $ | | $ | | $ | | $ | | $ | | |

## AUTO-VEHICLE DESCRIPTION/LIMITS

| | POLICY LIMIT(S) CHANGED | ADD | CHANGE | DELETE | SYM/AGE | COST NEW |
|---|---|---|---|---|---|---|

| VEH# | YEAR | MAKE: | BODY TYPE: | | | | | | | $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MODEL: | V.I.N.: | | | | | | | | |
| | | | TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM | |

| CITY, STATE, ZIP WHERE GARAGED | | | | ADD'L NO FAULT | UNDRINS MOTOR TOWING & LABOR | F | LSP | DEDUCTIBLES | ACV | COMP | SPEC C OF L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DRIVE TO WORK/SCHOOL | USE | COMM'L | CHECK COVERAGES | LIAB | MED PAY | FT | COMP | AA | ST AMT | $ | |
| UNDER 15 MILES | PLEASURE | RETAIL | | NO FAULT | UNINS MOTOR | FTW | COLL | $ | | $ | COLL |
| 15 MILES OR OVER | FARM | SERVICE | | ADD'L NO FAULT | SPEC C OF L | | | | | | |
| LIABILITY | | NO FAULT | | | MEDICAL PAYMENTS | | UNINSURED MOTORISTS | | UNDERINSURED MOTORISTS | | |
| $ | $ | | $ | | $ | | $ | | $ | | |

## DRIVER INFORMATION (List drivers who frequently use own vehicles)

| | | | ADD | CHANGE | DELETE | | |
|---|---|---|---|---|---|---|---|

| DRIVER # | NAME (Include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER/ SOCIAL SECURITY NUMBER | STATE LIC | USE VEH# | % USE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## DRIVER INFORMATION (List drivers who frequently use own vehicles)

| | | | ADD | CHANGE | DELETE | | |
|---|---|---|---|---|---|---|---|

| DRIVER # | NAME (Include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER/ SOCIAL SECURITY NUMBER | STATE LIC | USE VEH# | % USE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

HARLEYSVILLE WORC INS CO

## WORKERS COMPENSATION RATING INFORMATION

| TYPE OF CHANGE | STATE | LOC | CLASS CODE | COMPANY USE | CATEGORIES, DUTIES, CLASSIFICATIONS | # OF EM-PLOYEES | ESTIMATED ANNUAL REMUNERATION |
|---|---|---|---|---|---|---|---|
| | | | | | Amend Named Insured To Read: Mary Petit & Lisa N. Russo As Trustees of 11-15 Copenger Nominee Trust. | | |

03 JUL -3 AM 8:?? RECEIVED    JUL 8 2003

© ACORD CORPORATION 1991

ACORD 175 (7/96)

**ADDITIONAL CHANGES AND REMARKS**                                                PETIT-1

**REMARKS**

EFF 5/22/03- change name of policy to read name of trust
(per insured , info for file, beneficiaries of the Trust are actually two
other Trusts: Mary E. Petit, as Trustee of Mary E. Petit Family
INheritance Trust, and Lisa N. Russo and Mary E. Petit as Trustees of the
Lisa N. Russo Revocable Trust))    GLEN 6/9/03

How Do you want Named Insured to Read?

Then Advise.

MARY PETIT + LISA N. RUSSO
        as TRUSTEES OF
        11-15 Copenger Nominee TRUST

**ADDITIONAL CHANGES/REMARKS**

ATTACH TO COMMERCIAL CHANGE REQUEST

## PROPERTY/INLAND MARINE - PREMISES INFORMATION

PREMISES #:    BUILDING #:    PETIT-1    ADD ☐   CHANGE ☐   DELETE ☐

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION**

| CONSTRUCTION TYPE | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|
| | | | | | | |

| BUILDING IMPROVEMENTS | | OTHER OCCUPANCIES |
|---|---|---|
| PLUMBING, YR: | | |
| WIRING, YR: | HEATING, YR: | |
| ROOFING, YR: | OTHER: | |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| | | |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION WITH KEYS |
|---|---|---|---|---|---|
| BURGLAR ALARM INSTALLED AND SERVICED BY | | | # GUARDS/WATCHMEN | | CLOCK HOURLY |
| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, & Chemical Systems) | | FIRE ALARM MANUFACTURER | | | CENTRAL STATION LOCAL GONG |

## INLAND MARINE - SCHEDULED EQUIPMENT

% COINSURANCE:    ADD ☐   CHANGE ☐   DELETE ☐

| # | MODEL YEAR | DESCRIPTION (TYPE, MANUFACTURER, MODEL, CAPACITY, ETC) | ID #/SERIAL # | DATE PURCHASED | NEW/USED | AMOUNT OF INSURANCE |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |

## GENERAL LIABILITY - LIMITS

CHANGE ☐

| | | | |
|---|---|---|---|
| GENERAL AGGREGATE | $ | EACH OCCURRENCE | $ |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ | FIRE DAMAGE (Any one fire) | $ |
| PERSONAL & ADVERTISING INJURY | $ | MEDICAL EXPENSE (Any one person) | $ |

## GENERAL LIABILITY - SCHEDULE OF HAZARDS

| TYPE OF CHANGE | LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | TERR | PREMIUM BASIS CODES |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | (S) GROSS SALES - PER $1,000/SALES |
| | | | | | | (P) PAYROLL - PER $1,000/PAY |
| | | | | | | (A) AREA - PER 1,000/SQ FT |
| | | | | | | (C) TOTAL COST - PER $1,000/COST |
| | | | | | | (M) ADMISSIONS - PER 1,000/ADM |
| | | | | | | (U) UNIT - PER UNIT |
| | | | | | | (T) OTHER |

## UMBRELLA

CHANGE ☐

| LIMIT OF LIABILITY $ | OTHER (DESCRIBE) |
|---|---|
| RETAINED LIMIT $ | |

## ADDITIONAL INTEREST

ADD ☐   CHANGE ☐   DELETE ☐

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | PREMISES:   BUILDING: |
| LOSS PAYEE | | | | | VEHICLE:   BOAT: |
| MORTGAGEE (# ___ ) | | | | | SCHEDULED ITEM NUMBER: |
| MORTGAGEE (# ___ ) | | | | | OTHER |
| LIENHOLDER | | | | | |
| EMPLOYEE AS LESSOR | ITEM DESCRIPTION: | | | | |

## ADDITIONAL CHANGES/REMARKS

**SIGNATURE (Any deletion or reduction in coverage requires the Insured's signature)**

| INSURED'S SIGNATURE | PRODUCER'S SIGNATURE |
|---|---|
| | Evan Tobasky |

ACORD 175 (7/96)