AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _MASSACHUSETTS_

VERMONT MUTUAL    MARY PETIT, ET. AL

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 06 - 11212

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joseph L. Tauro | Kober | Rossi, McGovern, Scarby |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/8/09 To | Carol Scott | Zita Lovett |

| PLF. NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6-8-09 | ✓ | ✓ | Vermont /Agency Agreement: Dadgar |
| 2 | | " " | ✓ | ✓ | VT. Mutual /MA. Dwelling Manual: " |
| 3 | | " " | ✓ | ✓ | Dwelling Questionaire " |
| 6 | | " " | ✓ | ✓ | Tiger Home inspection: " " |
| 4 | | " " | ✓ | ✓ | Photograph of Bldg. " " |
| 5 | | " " | ✓ | ✓ | Commence ins. form /Replacement: " " |
| 7 | | " " | ✓ | ✓ | Insurance policy /Dwelling Policy " " |
| 8 | | " " | ✓ | ✓ | Insurance: Policy /Dwelling Policy " " |
| 10 | | 6-11-09 | ✓ | ✓ | Exigent Report |
| 9 | | " " | ✓ | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages

CIVIL/CRIMINAL CASE NO: 06 - 11212 - JLT

TITLE: VERMONT MUTUAL VS. MARY PETIT, et al

## JURY PANEL

JURY FOREMAN

01. KEITH WILLIAMS (4)
02. LARA HARISAY (13)
03. TIMOTHY BURTON (30)
04. MICHAELA WALSH (19)
05. DEBRA FLYNN (25)
06. SALVATORE LAGRASSA (5)

ALT. #1 _____
ALT. #3 _____

07. JAMES CONNORS (26)
08. MICHELLE HENDERSON (23)
09. _____
10. _____
11. _____
12. _____

ALT. #2 _____
ALT. #4 _____

## WITNESSES

### PLAINTIFF/GOVT.

01. ANOWSHIRVAN DADGAR 6/8/09
02. DONNA MELENDY 6/8/09
03. JOHN ALLAIRE, 6/8/09 : 6/11/09
04. PETER FRASCO, 6/11/09
05. _____
06. _____
07. _____
08. _____
09. _____
10. _____
11. _____
12. _____
13. _____
14. _____

### DEFENDANT

01. _____
02. _____
03. _____
04. _____
05. _____
06. _____
07. _____
08. _____
09. _____
10. _____
11. _____
12. _____
13. _____
14. _____

(Jury&Witness List.wpd - 12/98)